# EXHIBIT C

220 - Panini's-Westlake  
23800 Detroit Rd.  
Westlake, OHio 44145

### Edited Punches Report
09/15/2011 -- 09/28/2012

Page 121  
09/30/2012 -- 2:06 AM  
6.2.25

| Emp # | Name | Date | Jobcode | Time In | Time Out | Pay Rate | Decl Tips | | Manager |
|---|---|---|---|---|---|---|---|---|---|
| 9999 | OUT, CARRY | 06/07/2012 | CARRYO | 10:41 | 15:14 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/07/2012 | CARRYO | 11:00 | 15:14 | 0.00 | 0.00 | Edit | Tom Culkar |
| 110 | Hamblen, Brain | 06/08/2012 | MGR | 12:46 | 5:00 | 0.00 | 0.00 | Edit | |
| 110 | Hamblen, Brain | 06/08/2012 | MGR | 12:46 | 22:00 | 0.00 | 0.00 | Edit | Jeff Dorsey |
| 411 | Estergall, Kelly E | 06/08/2012 | SERVER | 11:20 | 16:18 | 3.85 | 14.43 | Edit | |
| 411 | Estergall, Kelly E | 06/08/2012 | SERVER | 11:30 | 16:18 | 3.85 | 14.43 | Edit | Tom Culkar |
| 1131 | Scott, Thomas | 06/08/2012 | BUSSER | 16:47 | 3:19 | 5.00 | 0.00 | Edit | |
| 1131 | Scott, Thomas | 06/08/2012 | BUSSER | 17:00 | 3:19 | 5.00 | 0.00 | Edit | Tom Culkar |
| 1277 | Kwasny, Nona | 06/08/2012 | BARTEN | 16:50 | 22:42 | 3.85 | 61.11 | Edit | |
| 1277 | Kwasny, Nona | 06/08/2012 | BARTEN | 17:00 | 22:42 | 3.85 | 61.11 | Edit | Tom Culkar |
| 2366 | Savel, Nichole S | 06/08/2012 | BARTEN | 17:38 | 2:27 | 3.85 | 130.52 | Edit | |
| 2366 | Savel, Nichole S | 06/08/2012 | BARTEN | 18:00 | 2:27 | 3.85 | 130.52 | Edit | Tom Culkar |
| 3415 | Leone, Monica | 06/08/2012 | SERVER | 17:17 | 22:43 | 3.85 | 56.22 | Edit | |
| 3415 | Leone, Monica | 06/08/2012 | SERVER | 17:30 | 22:43 | 3.85 | 56.22 | Edit | Tom Culkar |
| 5090 | Hutton, Shannon | 06/08/2012 | HOSTES | 10:47 | 14:45 | 8.00 | 0.00 | Edit | |
| 5090 | Hutton, Shannon | 06/08/2012 | HOSTES | 11:00 | 14:45 | 8.00 | 0.00 | Edit | Tom Culkar |
| 6424 | Perkins, Michelle | 06/08/2012 | SERVER | 17:16 | 2:01 | 3.85 | 128.01 | Edit | |
| 6424 | Perkins, Michelle | 06/08/2012 | SERVER | 17:30 | 2:01 | 3.85 | 128.01 | Edit | Tom Culkar |
| 8351 | Long, Micah | 06/08/2012 | SERVER | 17:14 | 0:47 | 3.80 | 50.00 | Edit | |
| 8351 | Long, Micah | 06/08/2012 | SERVER | 17:14 | 0:47 | 3.85 | 50.00 | Edit | Tom Culkar |
| 9370 | Williams, Marvin | 06/08/2012 | DISH WA | 21:03 | 0:00 | 9.00 | 0.00 | Edit | |
| 9370 | Williams, Marvin | 06/08/2012 | DISH WA | 16:30 | 23:47 | 9.00 | 0.00 | Edit | Jeff Dorsey |
| 9999 | OUT, CARRY | 06/08/2012 | CARRYO | 11:04 | 14:44 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/08/2012 | CARRYO | 11:00 | 14:44 | 0.00 | 0.00 | Edit | Tom Culkar |
| 331 | McCall, Kelly | 06/09/2012 | BARTEN | 17:49 | 1:50 | 3.85 | 106.00 | Edit | |
| 331 | McCall, Kelly | 06/09/2012 | BARTEN | 18:00 | 1:50 | 3.85 | 106.00 | Edit | Tom Culkar |
| 417 | Nagle, Maria | 06/09/2012 | SERVER | 10:52 | 0:32 | 3.85 | 170.46 | Edit | |
| 417 | Nagle, Maria | 06/09/2012 | SERVER | 11:00 | 0:32 | 3.85 | 170.46 | Edit | Tom Culkar |
| 609 | Zajaros, Emily | 06/09/2012 | SERVER | 12:50 | 0:12 | 3.85 | 120.42 | Edit | |
| 609 | Zajaros, Emily | 06/09/2012 | SERVER | 13:00 | 0:12 | 3.85 | 120.42 | Edit | Tom Culkar |
| 851 | Walborn, Danny | 06/09/2012 | BUSSER | 15:59 | 2:41 | 5.00 | 30.00 | Edit | |
| 851 | Walborn, Danny | 06/09/2012 | BUSSER | 17:00 | 2:41 | 5.00 | 30.00 | Edit | Tom Culkar |
| 944 | Wilson, James | 06/09/2012 | KITCHEN | 9:54 | 18:25 | 11.00 | 0.00 | Edit | |
| 944 | Wilson, James | 06/09/2012 | KITCHEN | 10:00 | 18:25 | 11.00 | 0.00 | Edit | Tom Culkar |
| 2177 | Smith, Ashly S | 06/09/2012 | BARTEN | 10:50 | 17:03 | 3.85 | 20.00 | Edit | |
| 2177 | Smith, Ashly S | 06/09/2012 | BARTEN | 11:00 | 17:03 | 3.85 | 20.00 | Edit | Tom Culkar |
| 2177 | Smith, Ashly S | 06/09/2012 | BARTEN | 18:40 | 1:33 | 3.85 | 26.56 | Edit | |
| 2177 | Smith, Ashly S | 06/09/2012 | BARTEN | 19:00 | 1:33 | 3.85 | 26.56 | Edit | Tom Culkar |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 220 - Panini's-Westlake | | | **Edited Punches Report** | | | | | Page 122 |
| 23800 Detroit Rd. | | | 09/15/2011 -- 09/28/2012 | | | | | 09/30/2012 -- 2:06 AM |
| Westlake, OHio 44145 | | | | | | | | 6.2.25 |

| Emp # | Name | Date | Jobcode | Time In | Time Out | Pay Rate | Decl Tips | | Manager |
|---|---|---|---|---|---|---|---|---|---|
| 6424 | Perkins, Michelle | 06/09/2012 | SERVER | 17:45 | 0:55 | 3.85 | 73.20 | Edit | |
| 6424 | Perkins, Michelle | 06/09/2012 | SERVER | 18:00 | 0:55 | 3.85 | 73.20 | Edit | Tom Culkar |
| 9370 | Williams, Marvin | 06/09/2012 | DISH WA | 16:26 | 1:04 | 9.00 | 0.00 | Edit | |
| 9370 | Williams, Marvin | 06/09/2012 | DISH WA | 17:00 | 1:04 | 9.00 | 0.00 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/09/2012 | CARRYO | 10:16 | 23:28 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/09/2012 | CARRYO | 11:00 | 23:28 | 0.00 | 0.00 | Edit | Tom Culkar |
| 417 | Nagle, Maria | 06/10/2012 | SERVER | 16:54 | 23:49 | 3.85 | 57.54 | Edit | |
| 417 | Nagle, Maria | 06/10/2012 | SERVER | 17:00 | 23:49 | 3.85 | 57.54 | Edit | Tom Culkar |
| 523 | Santiago, Vinnie | 06/10/2012 | KITCHEN | 16:48 | 1:01 | 10.00 | 0.00 | Edit | |
| 523 | Santiago, Vinnie | 06/10/2012 | KITCHEN | 17:00 | 1:01 | 10.00 | 0.00 | Edit | Tom Culkar |
| 2007 | Baker, Colleen | 06/10/2012 | SERVER | 17:23 | 22:45 | 3.85 | 60.00 | Edit | |
| 2007 | Baker, Colleen | 06/10/2012 | SERVER | 17:30 | 22:45 | 3.85 | 60.00 | Edit | Tom Culkar |
| 2366 | Savel, Nichole S | 06/10/2012 | BARTEN | 10:35 | 19:10 | 3.85 | 74.27 | Edit | |
| 2366 | Savel, Nichole S | 06/10/2012 | BARTEN | 11:00 | 19:10 | 3.85 | 74.27 | Edit | Tom Culkar |
| 3415 | Leone, Monica | 06/10/2012 | SERVER | 10:21 | 17:58 | 3.85 | 34.79 | Edit | |
| 3415 | Leone, Monica | 06/10/2012 | SERVER | 11:00 | 17:58 | 3.85 | 34.79 | Edit | Tom Culkar |
| 6197 | Shrewsbury, Matthew | 06/10/2012 | KITCHEN | 16:53 | 23:43 | 9.00 | 0.00 | Edit | |
| 6197 | Shrewsbury, Matthew | 06/10/2012 | KITCHEN | 17:00 | 23:43 | 9.00 | 0.00 | Edit | Tom Culkar |
| 6424 | Perkins, Michelle | 06/10/2012 | SERVER | 11:11 | 18:45 | 3.85 | 55.25 | Edit | |
| 6424 | Perkins, Michelle | 06/10/2012 | SERVER | 11:30 | 18:45 | 3.85 | 55.25 | Edit | Tom Culkar |
| 7021 | Sharp, Laron | 06/10/2012 | KITCHEN | 16:10 | 0:00 | 9.00 | 0.00 | Edit | |
| 7021 | Sharp, Laron | 06/10/2012 | KITCHEN | 15:30 | 20:31 | 9.00 | 0.00 | Edit | Mike Hertvik |
| 7861 | Mulloy, Elizabeth | 06/10/2012 | SERVER | 10:22 | 14:03 | 3.85 | 8.00 | Edit | |
| 7861 | Mulloy, Elizabeth | 06/10/2012 | SERVER | 11:00 | 14:03 | 3.85 | 8.00 | Edit | Tom Culkar |
| 9185 | Alman, Ashley A | 06/10/2012 | BARTEN | 10:19 | 23:29 | 3.85 | 77.00 | Edit | |
| 9185 | Alman, Ashley A | 06/10/2012 | BARTEN | 11:00 | 23:29 | 3.85 | 77.00 | Edit | Tom Culkar |
| 9370 | Williams, Marvin | 06/10/2012 | DISH WA | 16:17 | 21:35 | 9.00 | 0.00 | Edit | |
| 9370 | Williams, Marvin | 06/10/2012 | DISH WA | 16:00 | 21:35 | 9.00 | 0.00 | Edit | Mike Hertvik |
| 9999 | OUT, CARRY | 06/10/2012 | CARRYO | 10:34 | 19:34 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/10/2012 | CARRYO | 11:00 | 19:34 | 0.00 | 0.00 | Edit | Tom Culkar |
| 110 | Hamblen, Brain | 06/11/2012 | MGR | 19:05 | 5:00 | 0.00 | 0.00 | Del | |
| 110 | Hamblen, Brain | 06/11/2012 | MGR | 19:05 | 1:30 | 0.00 | 0.00 | Del | Tom Culkar |
| 399 | Key, Judy | 06/11/2012 | BARTEN | 10:46 | 17:41 | 3.85 | 47.00 | Edit | |
| 399 | Key, Judy | 06/11/2012 | BARTEN | 10:30 | 17:41 | 3.85 | 47.00 | Edit | Tom Culkar |
| 411 | Estergall, Kelly E | 06/11/2012 | SERVER | 11:12 | 17:02 | 3.85 | 13.30 | Edit | |
| 411 | Estergall, Kelly E | 06/11/2012 | SERVER | 11:30 | 17:02 | 3.85 | 13.30 | Edit | Tom Culkar |
| 523 | Santiago, Vinnie | 06/11/2012 | KITCHEN | 17:22 | 0:50 | 10.00 | 0.00 | Edit | |

220 - Panini's-Westlake  
23800 Detroit Rd.  
Westlake, OHio 44145

## Edited Punches Report
### 09/15/2011 -- 09/28/2012

Page 123  
09/30/2012 -- 2:06 AM  
6.2.25

| Emp # | Name | Date | Jobcode | Time In | Time Out | Pay Rate | Decl Tips | | Manager |
|---|---|---|---|---|---|---|---|---|---|
| 523 | Santiago, Vinnie | 06/11/2012 | KITCHEN | 17:30 | 0:50 | 10.00 | 0.00 | Edit | Tom Culkar |
| 609 | Zajaros, Emily | 06/11/2012 | SERVER | 11:12 | 16:41 | 3.85 | 26.19 | Edit | |
| 609 | Zajaros, Emily | 06/11/2012 | SERVER | 11:30 | 16:41 | 3.85 | 26.19 | Edit | Tom Culkar |
| 944 | Wilson, James | 06/11/2012 | KITCHEN | 11:11 | 18:40 | 11.00 | 0.00 | Edit | |
| 944 | Wilson, James | 06/11/2012 | KITCHEN | 11:30 | 18:40 | 11.00 | 0.00 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/11/2012 | CARRYO | 10:44 | 15:52 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/11/2012 | CARRYO | 11:00 | 15:52 | 0.00 | 0.00 | Edit | Tom Culkar |
| 102 | Hanna, Joe | 06/12/2012 | OWNER | 10:21 | 5:00 | 0.00 | 0.00 | Edit | |
| 102 | Hanna, Joe | 06/12/2012 | OWNER | 10:21 | 17:00 | 0.00 | 0.00 | Edit | Tom Culkar |
| 110 | Hamblen, Brain | 06/12/2012 | MGR | 12:04 | 5:00 | 0.00 | 0.00 | Edit | |
| 110 | Hamblen, Brain | 06/12/2012 | MGR | 21:00 | 1:30 | 0.00 | 0.00 | Edit | Tom Culkar |
| 305 | Streza, Marlowe | 06/12/2012 | SERVER | 17:12 | 0:08 | 3.85 | 71.00 | Edit | |
| 305 | Streza, Marlowe | 06/12/2012 | SERVER | 17:30 | 0:08 | 3.85 | 71.00 | Edit | Tom Culkar |
| 331 | McCall, Kelly | 06/12/2012 | MGR | 16:48 | 0:12 | 0.00 | 0.00 | Edit | |
| 331 | McCall, Kelly | 06/12/2012 | MGR | 16:48 | 21:12 | 0.00 | 0.00 | Edit | Emergency Manage |
| 399 | Key, Judy | 06/12/2012 | BARTEN | 10:22 | 18:03 | 3.85 | 56.84 | Edit | |
| 399 | Key, Judy | 06/12/2012 | BARTEN | 10:30 | 18:03 | 3.85 | 56.84 | Edit | Tom Culkar |
| 412 | Peterson, April | 06/12/2012 | SERVER | 17:33 | 23:25 | 3.85 | 0.00 | Edit | |
| 412 | Peterson, April | 06/12/2012 | SERVER | 17:33 | 23:25 | 3.85 | 0.00 | Edit | Emergency Manage |
| 944 | Wilson, James | 06/12/2012 | KITCHEN | 10:48 | 17:16 | 11.00 | 0.00 | Edit | |
| 944 | Wilson, James | 06/12/2012 | KITCHEN | 11:00 | 17:16 | 11.00 | 0.00 | Edit | Tom Culkar |
| 2177 | Smith, Ashly S | 06/12/2012 | BARTEN | 11:14 | 17:10 | 3.85 | 35.25 | Edit | |
| 2177 | Smith, Ashly S | 06/12/2012 | BARTEN | 11:30 | 17:10 | 3.85 | 35.25 | Edit | Tom Culkar |
| 3415 | Leone, Monica | 06/12/2012 | SERVER | 17:10 | 22:46 | 3.85 | 29.58 | Edit | |
| 3415 | Leone, Monica | 06/12/2012 | SERVER | 17:30 | 22:46 | 3.85 | 29.58 | Edit | Tom Culkar |
| 5763 | Naida, Rosalina | 06/12/2012 | HOSTES | 16:52 | 21:30 | 8.00 | 0.00 | Edit | |
| 5763 | Naida, Rosalina | 06/12/2012 | HOSTES | 17:00 | 21:30 | 8.00 | 0.00 | Edit | Tom Culkar |
| 8351 | Long, Micah | 06/12/2012 | SERVER | 11:12 | 0:00 | 3.80 | 0.00 | Edit | |
| 8351 | Long, Micah | 06/12/2012 | SERVER | 10:00 | 14:44 | 3.80 | 29.00 | Edit | Joe Hanna |
| 9915 | Tony, Gianna | 06/12/2012 | SERVER | 10:31 | 0:00 | 3.85 | 0.00 | Edit | |
| 9915 | Tony, Gianna | 06/12/2012 | SERVER | 10:07 | 23:11 | 3.85 | 57.36 | Edit | Joe Hanna |
| 9999 | OUT, CARRY | 06/12/2012 | CARRYO | 10:32 | 21:22 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/12/2012 | CARRYO | 11:00 | 21:22 | 0.00 | 0.00 | Edit | Tom Culkar |
| 110 | Hamblen, Brain | 06/13/2012 | MGR | 9:59 | 0:00 | 0.00 | 0.00 | Edit | |
| 110 | Hamblen, Brain | 06/13/2012 | MGR | 8:30 | 17:47 | 0.00 | 0.00 | Edit | Brain Hamblen |
| 305 | Streza, Marlowe | 06/13/2012 | SERVER | 16:10 | 1:30 | 3.85 | 52.00 | Edit | |
| 305 | Streza, Marlowe | 06/13/2012 | SERVER | 16:30 | 1:30 | 3.85 | 52.00 | Edit | Tom Culkar |

220 - Panini's-Westlake  
23800 Detroit Rd.  
Westlake, OHio 44145  

**Edited Punches Report**  
09/15/2011 -- 09/28/2012  

Page 124  
09/30/2012 -- 2:06 AM  
6.2.25

| Emp # | Name | Date | Jobcode | Time In | Time Out | Pay Rate | Decl Tips | | Manager |
|---|---|---|---|---|---|---|---|---|---|
| 399 | Key, Judy | 06/13/2012 | BARTEN | 12:13 | 17:21 | 3.85 | 45.00 | Edit | |
| 399 | Key, Judy | 06/13/2012 | BARTEN | 12:30 | 17:21 | 3.85 | 45.00 | Edit | Tom Culkar |
| 411 | Estergall, Kelly E | 06/13/2012 | SERVER | 10:16 | 14:13 | 3.85 | 8.73 | Edit | |
| 411 | Estergall, Kelly E | 06/13/2012 | SERVER | 11:00 | 14:13 | 3.85 | 8.73 | Edit | Tom Culkar |
| 562 | Fields, Jermaine | 06/13/2012 | KITCHEN | 12:40 | 0:00 | 11.00 | 0.00 | Edit | |
| 562 | Fields, Jermaine | 06/13/2012 | KITCHEN | 12:00 | 20:53 | 11.00 | 0.00 | Edit | Brain Hamblen |
| 726 | Sestokas, Jesse | 06/13/2012 | KITCHEN | 18:12 | 2:36 | 10.00 | 0.00 | Edit | |
| 726 | Sestokas, Jesse | 06/13/2012 | KITCHEN | 18:30 | 2:36 | 10.00 | 0.00 | Edit | Tom Culkar |
| 968 | Seekely, Mellisa | 06/13/2012 | HOSTES | 10:46 | 14:08 | 8.50 | 0.00 | Edit | |
| 968 | Seekely, Mellisa | 06/13/2012 | HOSTES | 11:00 | 14:08 | 8.50 | 0.00 | Edit | Tom Culkar |
| 1131 | Scott, Thomas | 06/13/2012 | BUSSER | 17:10 | 2:16 | 5.00 | 0.00 | Edit | |
| 1131 | Scott, Thomas | 06/13/2012 | BUSSER | 17:30 | 2:16 | 5.00 | 0.00 | Edit | Tom Culkar |
| 2662 | Koskey, Nicole K | 06/13/2012 | BARTEN | 17:11 | 23:10 | 3.85 | 144.00 | Edit | |
| 2662 | Koskey, Nicole K | 06/13/2012 | BARTEN | 17:30 | 23:10 | 3.85 | 144.00 | Edit | Tom Culkar |
| 4595 | Peterson, Ellie | 06/13/2012 | HOSTES | 17:42 | 21:45 | 7.70 | 0.00 | Edit | |
| 4595 | Peterson, Ellie | 06/13/2012 | HOSTES | 17:00 | 21:45 | 7.70 | 0.00 | Edit | Mike Hertvik |
| 4684 | Clint, Autumn | 06/13/2012 | HOSTES | 16:45 | 0:00 | 8.00 | 0.00 | Edit | |
| 4684 | Clint, Autumn | 06/13/2012 | HOSTES | 16:30 | 22:20 | 8.00 | 0.00 | Edit | Mike Hertvik |
| 6424 | Perkins, Michelle | 06/13/2012 | SERVER | 17:24 | 23:14 | 3.85 | 78.06 | Edit | |
| 6424 | Perkins, Michelle | 06/13/2012 | SERVER | 17:30 | 23:14 | 3.85 | 78.06 | Edit | Tom Culkar |
| 8351 | Long, Micah | 06/13/2012 | SERVER | 12:17 | 17:12 | 3.80 | 43.00 | Edit | |
| 8351 | Long, Micah | 06/13/2012 | SERVER | 12:30 | 17:12 | 3.85 | 43.00 | Edit | Tom Culkar |
| 8351 | Long, Micah | 06/13/2012 | SERVER | 20:07 | 1:31 | 3.80 | 44.00 | Edit | |
| 8351 | Long, Micah | 06/13/2012 | SERVER | 20:30 | 1:31 | 3.80 | 44.00 | Edit | Tom Culkar |
| 8351 | Long, Micah | 06/13/2012 | SERVER | 20:30 | 1:31 | 3.85 | 44.00 | Edit | Tom Culkar |
| 9370 | Williams, Marvin | 06/13/2012 | DISH WA | 17:24 | 22:53 | 9.00 | 0.00 | Edit | |
| 9370 | Williams, Marvin | 06/13/2012 | DISH WA | 17:30 | 22:53 | 9.00 | 0.00 | Edit | Tom Culkar |
| 9848 | Schwaibold, Vanessa | 06/13/2012 | SERVER | 15:52 | 23:56 | 3.85 | 43.08 | Edit | |
| 9848 | Schwaibold, Vanessa | 06/13/2012 | SERVER | 16:00 | 23:56 | 3.85 | 43.08 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/13/2012 | CARRYO | 10:47 | 13:58 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/13/2012 | CARRYO | 11:00 | 13:58 | 0.00 | 0.00 | Edit | Tom Culkar |
| 110 | Hamblen, Brain | 06/14/2012 | MGR | 8:59 | 0:00 | 0.00 | 0.00 | Edit | |
| 110 | Hamblen, Brain | 06/14/2012 | MGR | 8:00 | 5:00 | 0.00 | 0.00 | Edit | Brain Hamblen |
| 110 | Hamblen, Brain | 06/14/2012 | MGR | 8:00 | 1:44 | 0.00 | 0.00 | Edit | Brain Hamblen |
| 399 | Key, Judy | 06/14/2012 | BARTEN | 10:54 | 0:00 | 3.85 | 0.00 | Edit | |
| 399 | Key, Judy | 06/14/2012 | BARTEN | 10:00 | 17:05 | 3.85 | 40.43 | Edit | Brain Hamblen |
| 110 | Hamblen, Brain | 06/15/2012 | MGR | 13:47 | 0:00 | 0.00 | 0.00 | Edit | |
| 110 | Hamblen, Brain | 06/15/2012 | MGR | 12:30 | 5:00 | 0.00 | 0.00 | Edit | Brain Hamblen |
| 110 | Hamblen, Brain | 06/15/2012 | MGR | 12:30 | 2:19 | 0.00 | 0.00 | Edit | Brain Hamblen |

220 - Panini's-Westlake
23800 Detroit Rd.
Westlake, OHio 44145

## Edited Punches Report
### 09/15/2011 -- 09/28/2012

Page 125
09/30/2012 -- 2:06 AM
6.2.25

| Emp # | Name | Date | Jobcode | Time In | Time Out | Pay Rate | Decl Tips | | Manager |
|---|---|---|---|---|---|---|---|---|---|
| 399 | Key, Judy | 06/15/2012 | BARTEN | 10:56 | 0:00 | 3.85 | 0.00 | Edit | |
| 399 | Key, Judy | 06/15/2012 | BARTEN | 10:00 | 17:10 | 3.85 | 120.00 | Edit | Kelly Mc McCall |
| 1277 | Kwasny, Nona | 06/15/2012 | BARTEN | 16:46 | 3:12 | 3.85 | 0.00 | Edit | |
| 1277 | Kwasny, Nona | 06/15/2012 | BARTEN | 16:46 | 1:12 | 3.85 | 0.00 | Edit | Mike Hertvik |
| 2662 | Koskey, Nicole K | 06/15/2012 | BARTEN | 11:09 | 0:00 | 3.85 | 0.00 | Edit | |
| 2662 | Koskey, Nicole K | 06/15/2012 | BARTEN | 10:30 | 17:08 | 3.85 | 55.00 | Edit | Kelly Mc McCall |
| 5763 | Naida, Rosalina | 06/15/2012 | HOSTES | 19:34 | 0:00 | 8.00 | 0.00 | Edit | |
| 5763 | Naida, Rosalina | 06/15/2012 | HOSTES | 16:00 | 21:14 | 8.00 | 0.00 | Edit | Mike Hertvik |
| 726 | Sestokas, Jesse | 06/16/2012 | KITCHEN | 18:36 | 0:00 | 10.00 | 0.00 | Edit | |
| 726 | Sestokas, Jesse | 06/16/2012 | KITCHEN | 18:00 | 2:28 | 10.00 | 0.00 | Edit | Mike Hertvik |
| 9915 | Tony, Gianna | 06/16/2012 | SERVER | 11:16 | 2:21 | 3.85 | 0.00 | Edit | |
| 9915 | Tony, Gianna | 06/16/2012 | SERVER | 11:16 | 1:01 | 3.85 | 0.00 | Edit | Mike Hertvik |
| 2177 | Smith, Ashly S | 06/17/2012 | BARTEN | 17:10 | 23:17 | 3.85 | 51.00 | Edit | |
| 2177 | Smith, Ashly S | 06/17/2012 | BARTEN | 17:10 | 20:17 | 3.85 | 51.00 | Edit | Brain Hamblen |
| 2366 | Savel, Nichole S | 06/17/2012 | BARTEN | 10:24 | 20:31 | 3.85 | 127.00 | Edit | |
| 2366 | Savel, Nichole S | 06/17/2012 | BARTEN | 3:24 | 20:31 | 3.85 | 127.00 | Edit | Brain Hamblen |
| 4622 | Schwede, Kevin | 06/17/2012 | KITCHEN | 12:02 | 18:37 | 9.00 | 0.00 | Edit | |
| 4622 | Schwede, Kevin | 06/17/2012 | KITCHEN | 12:02 | 18:00 | 9.00 | 0.00 | Edit | Kelly Mc McCall |
| 9185 | Alman, Ashley A | 06/17/2012 | BARTEN | 10:25 | 17:13 | 3.85 | 6.79 | Edit | |
| 9185 | Alman, Ashley A | 06/17/2012 | BARTEN | 10:25 | 12:13 | 3.85 | 6.79 | Edit | Brain Hamblen |
| 9185 | Alman, Ashley A | 06/17/2012 | BARTEN | 8:25 | 12:13 | 3.85 | 6.79 | Edit | Brain Hamblen |
| 228 | Lombardo, Jennifer L | 06/18/2012 | BARTEN | 17:12 | 1:08 | 3.85 | 121.81 | Edit | |
| 228 | Lombardo, Jennifer L | 06/18/2012 | BARTEN | 17:30 | 1:08 | 3.85 | 121.81 | Edit | Tom Culkar |
| 417 | Nagle, Maria | 06/18/2012 | SERVER | 16:49 | 21:20 | 3.85 | 28.14 | Edit | |
| 417 | Nagle, Maria | 06/18/2012 | SERVER | 17:00 | 21:20 | 3.85 | 28.14 | Edit | Tom Culkar |
| 523 | Santiago, Vinnie | 06/18/2012 | KITCHEN | 17:24 | 23:26 | 10.00 | 0.00 | Edit | |
| 523 | Santiago, Vinnie | 06/18/2012 | KITCHEN | 17:30 | 23:26 | 10.00 | 0.00 | Edit | Tom Culkar |
| 944 | Wilson, James | 06/18/2012 | KITCHEN | 10:43 | 18:09 | 11.00 | 0.00 | Edit | |
| 944 | Wilson, James | 06/18/2012 | KITCHEN | 11:00 | 18:09 | 11.00 | 0.00 | Edit | Tom Culkar |
| 2007 | Baker, Colleen | 06/18/2012 | SERVER | 17:37 | 22:21 | 3.85 | 32.98 | Edit | |
| 2007 | Baker, Colleen | 06/18/2012 | SERVER | 18:00 | 22:21 | 3.85 | 32.98 | Edit | Tom Culkar |
| 4684 | Clint, Autumn | 06/18/2012 | HOSTES | 16:15 | 21:08 | 8.00 | 0.00 | Edit | |
| 4684 | Clint, Autumn | 06/18/2012 | HOSTES | 16:30 | 21:08 | 8.00 | 0.00 | Edit | Tom Culkar |
| 9185 | Alman, Ashley A | 06/18/2012 | BARTEN | 10:12 | 17:35 | 3.85 | 16.00 | Edit | |
| 9185 | Alman, Ashley A | 06/18/2012 | BARTEN | 10:30 | 17:35 | 3.85 | 16.00 | Edit | Tom Culkar |
| 9776 | Oliver, Hylandis | 06/18/2012 | KITCHEN | 12:49 | 17:04 | 9.00 | 0.00 | Edit | |

220 - Panini's-Westlake  
23800 Detroit Rd.  
Westlake, OHio 44145

## Edited Punches Report
### 09/15/2011 -- 09/28/2012

Page 126  
09/30/2012 -- 2:06 AM  
6.2.25

| Emp # | Name | Date | Jobcode | Time In | Time Out | Pay Rate | Decl Tips | | Manager |
|---|---|---|---|---|---|---|---|---|---|
| 9776 | Oliver, Hylandis | 06/18/2012 | KITCHEN | 13:00 | 17:04 | 9.00 | 0.00 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/18/2012 | CARRYO | 10:39 | 13:44 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/18/2012 | CARRYO | 11:00 | 13:44 | 0.00 | 0.00 | Edit | Tom Culkar |
| 331 | McCall, Kelly | 06/19/2012 | MGR | 10:40 | 0:00 | 0.00 | 0.00 | Edit | |
| 331 | McCall, Kelly | 06/19/2012 | MGR | 9:00 | 11:14 | 0.00 | 0.00 | Edit | Mike Hertvik |
| 399 | Key, Judy | 06/19/2012 | BARTEN | 11:49 | 0:00 | 3.85 | 0.00 | Edit | |
| 399 | Key, Judy | 06/19/2012 | BARTEN | 10:01 | 17:25 | 3.85 | 55.00 | Edit | Mike Hertvik |
| 609 | Zajaros, Emily | 06/19/2012 | SERVER | 16:45 | 23:21 | 3.85 | 20.97 | Edit | |
| 609 | Zajaros, Emily | 06/19/2012 | SERVER | 17:00 | 23:21 | 3.85 | 20.97 | Edit | Tom Culkar |
| 2595 | Hibbitt, Orlando | 06/19/2012 | KITCHEN | 12:51 | 20:08 | 9.00 | 0.00 | Edit | |
| 2595 | Hibbitt, Orlando | 06/19/2012 | KITCHEN | 13:00 | 20:08 | 9.00 | 0.00 | Edit | Tom Culkar |
| 3836 | Banks, Calvin | 06/19/2012 | KITCHEN | 12:51 | 20:08 | 9.00 | 0.00 | Edit | |
| 3836 | Banks, Calvin | 06/19/2012 | KITCHEN | 13:00 | 20:08 | 9.00 | 0.00 | Edit | Tom Culkar |
| 9915 | Tony, Gianna | 06/19/2012 | SERVER | 17:12 | 0:21 | 3.85 | 74.59 | Edit | |
| 9915 | Tony, Gianna | 06/19/2012 | SERVER | 17:30 | 0:21 | 3.85 | 74.59 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/19/2012 | CARRYO | 9:04 | 14:53 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/19/2012 | CARRYO | 11:00 | 14:53 | 0.00 | 0.00 | Edit | Tom Culkar |
| 968 | Seekely, Mellisa | 06/20/2012 | HOSTES | 10:43 | 14:56 | 8.50 | 0.00 | Edit | |
| 968 | Seekely, Mellisa | 06/20/2012 | HOSTES | 11:00 | 14:56 | 8.50 | 0.00 | Edit | Tom Culkar |
| 2007 | Baker, Colleen | 06/20/2012 | SERVER | 10:38 | 16:47 | 3.85 | 42.00 | Edit | |
| 2007 | Baker, Colleen | 06/20/2012 | SERVER | 11:00 | 16:47 | 3.85 | 42.00 | Edit | Tom Culkar |
| 2034 | Parry, Ashley | 06/20/2012 | SERVER | 15:57 | 22:12 | 3.80 | 25.95 | Edit | |
| 2034 | Parry, Ashley | 06/20/2012 | SERVER | 15:57 | 22:12 | 3.85 | 25.96 | Edit | Tom Culkar |
| 3130 | Hertvik, Mike | 06/20/2012 | MGR | 17:10 | 5:00 | 0.00 | 0.00 | Edit | |
| 3130 | Hertvik, Mike | 06/20/2012 | MGR | 17:10 | 2:00 | 0.00 | 0.00 | Edit | Tom Culkar |
| 4684 | Clint, Autumn | 06/20/2012 | HOSTES | 16:13 | 21:11 | 8.00 | 0.00 | Edit | |
| 4684 | Clint, Autumn | 06/20/2012 | HOSTES | 17:00 | 21:11 | 8.00 | 0.00 | Edit | Tom Culkar |
| 6032 | Kulwicki, Angelina | 06/20/2012 | SERVER | 10:38 | 15:26 | 3.85 | 32.49 | Edit | |
| 6032 | Kulwicki, Angelina | 06/20/2012 | SERVER | 11:00 | 15:26 | 3.85 | 32.49 | Edit | Tom Culkar |
| 8351 | Long, Micah | 06/20/2012 | SERVER | 12:20 | 13:36 | 3.80 | 4.85 | Edit | |
| 8351 | Long, Micah | 06/20/2012 | SERVER | 12:30 | 13:36 | 3.85 | 4.85 | Edit | Tom Culkar |
| 8351 | Long, Micah | 06/20/2012 | SERVER | 16:34 | 0:32 | 3.80 | 62.00 | Edit | |
| 8351 | Long, Micah | 06/20/2012 | SERVER | 17:00 | 0:32 | 3.80 | 62.00 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/20/2012 | CARRYO | 11:07 | 14:22 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/20/2012 | CARRYO | 11:00 | 14:22 | 0.00 | 0.00 | Edit | Tom Culkar |
| 2177 | Smith, Ashly S | 06/21/2012 | BARTEN | 17:13 | 1:05 | 3.85 | 120.00 | Edit | |

From:West Park Community Elementary   216 688 0273           01/08/2015 16:08   #407 P.014/023

| 220 - Panini's-Westlake | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23800 Detroit Rd. | | | **Edited Punches Report** | | | | | | Page 127 |
| Westlake, OHio 44145 | | | 09/15/2011 -- 09/28/2012 | | | | | | 09/30/2012 – 2:06 AM |
| | | | | | | | | | 6.2.25 |

| Emp # | Name | Date | Jobcode | Time In | Time Out | Pay Rate | Decl Tips | | Manager |
|---|---|---|---|---|---|---|---|---|---|
| 2177 | Smith, Ashly S | 06/21/2012 | BARTEN | 17:30 | 1:05 | 3.85 | 120.00 | Edit | Tom Culkar |
| 3960 | Williams, Demitrius | 06/21/2012 | KITCHEN | 11:58 | 0:00 | 11.50 | 0.00 | Edit | |
| 3960 | Williams, Demitrius | 06/21/2012 | KITCHEN | 11:30 | 2:11 | 11.50 | 0.00 | Edit | Mike Hertvik |
| 8131 | Chupa, Simone | 06/21/2012 | SERVER- | 17:21 | 21:31 | 6.60 | 0.00 | Edit | |
| 8131 | Chupa, Simone | 06/21/2012 | SERVER- | 17:30 | 21:31 | 7.70 | 0.00 | Edit | Tom Culkar |
| 8351 | Long, Micah | 06/21/2012 | SERVER | 12:18 | 14:23 | 3.85 | 15.00 | Edit | |
| 8351 | Long, Micah | 06/21/2012 | SERVER | 12:30 | 14:23 | 3.85 | 15.00 | Edit | Tom Culkar |
| 9370 | Williams, Marvin | 06/21/2012 | DISH WA | 17:25 | 23:26 | 9.00 | 0.00 | Edit | |
| 9370 | Williams, Marvin | 06/21/2012 | DISH WA | 17:30 | 23:26 | 9.00 | 0.00 | Edit | Tom Culkar |
| 9915 | Tony, Gianna | 06/21/2012 | SERVER | 16:15 | 0:14 | 3.85 | 66.90 | Edit | |
| 9915 | Tony, Gianna | 06/21/2012 | SERVER | 16:30 | 0:14 | 3.85 | 66.90 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/21/2012 | CARRYO | 11:24 | 21:18 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/21/2012 | CARRYO | 11:00 | 21:18 | 0.00 | 0.00 | Edit | Tom Culkar |
| 110 | Hamblen, Brain | 06/22/2012 | MGR | 21:50 | 5:00 | 0.00 | 0.00 | Edit | |
| 110 | Hamblen, Brain | 06/22/2012 | MGR | 21:50 | 2:19 | 0.00 | 0.00 | Edit | Brain Hamblen |
| 305 | Streza, Marlowe | 06/22/2012 | SERVER | 17:14 | 0:42 | 3.85 | 117.00 | Edit | |
| 305 | Streza, Marlowe | 06/22/2012 | SERVER | 17:30 | 0:42 | 3.85 | 117.00 | Edit | Tom Culkar |
| 331 | McCall, Kelly | 06/22/2012 | MGR | 16:34 | 0:00 | 0.00 | 0.00 | Edit | |
| 331 | McCall, Kelly | 06/22/2012 | MGR | 16:00 | 18:53 | 0.00 | 0.00 | Edit | Kelly Mc McCall |
| 399 | Key, Judy | 06/22/2012 | BARTEN | 10:59 | 0:00 | 3.85 | 0.00 | Edit | |
| 399 | Key, Judy | 06/22/2012 | BARTEN | 10:00 | 17:29 | 3.85 | 80.00 | Edit | Joe Hanna |
| 966 | Laskowski, Jamie | 06/22/2012 | SERVER | 10:54 | 15:51 | 3.85 | 23.28 | Edit | |
| 966 | Laskowski, Jamie | 06/22/2012 | SERVER | 11:00 | 15:51 | 3.85 | 23.28 | Edit | Tom Culkar |
| 1277 | Kwasny, Nona | 06/22/2012 | BARTEN | 16:48 | 3:16 | 3.85 | 141.57 | Edit | |
| 1277 | Kwasny, Nona | 06/22/2012 | BARTEN | 17:00 | 3:16 | 3.85 | 141.57 | Edit | Tom Culkar |
| 2366 | Savel, Nichole S | 06/22/2012 | BARTEN | 17:18 | 3:37 | 3.85 | 121.71 | Edit | |
| 2366 | Savel, Nichole S | 06/22/2012 | BARTEN | 17:30 | 3:37 | 3.85 | 121.71 | Edit | Tom Culkar |
| 5090 | Hutton, Shannon | 06/22/2012 | HOSTES | 10:54 | 15:24 | 8.00 | 0.00 | Edit | |
| 5090 | Hutton, Shannon | 06/22/2012 | HOSTES | 11:00 | 15:24 | 8.00 | 0.00 | Edit | Tom Culkar |
| 6424 | Perkins, Michelle | 06/22/2012 | SERVER | 10:54 | 14:49 | 3.85 | 32.00 | Edit | |
| 6424 | Perkins, Michelle | 06/22/2012 | SERVER | 11:00 | 14:49 | 3.85 | 32.00 | Edit | Tom Culkar |
| 7021 | Sharp, Laron | 06/22/2012 | KITCHEN | 10:53 | 21:23 | 9.00 | 0.00 | Edit | |
| 7021 | Sharp, Laron | 06/22/2012 | KITCHEN | 11:00 | 21:23 | 9.00 | 0.00 | Edit | Tom Culkar |
| 9776 | Oliver, Hylandis | 06/22/2012 | KITCHEN | 17:14 | 3:36 | 9.00 | 0.00 | Edit | |
| 9776 | Oliver, Hylandis | 06/22/2012 | KITCHEN | 17:30 | 3:36 | 9.00 | 0.00 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/22/2012 | CARRYO | 11:31 | 15:24 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/22/2012 | CARRYO | 11:00 | 15:24 | 0.00 | 0.00 | Edit | Tom Culkar |

From:West Park Community Elementary 216-688-0273 01/08/2015 16:08 #407 P.015/023

220 - Panini's-Westlake  
23800 Detroit Rd.  
Westlake, OHio 44145

## Edited Punches Report
### 09/15/2011 -- 09/28/2012

Page 128  
09/30/2012 -- 2:06 AM  
6.2.25

| Emp # | Name | Date | Jobcode | Time In | Time Out | Pay Rate | Decl Tips | | Manager |
|---|---|---|---|---|---|---|---|---|---|
| 305 | Streza, Marlowe | 06/23/2012 | SERVER | 11:15 | 17:16 | 3.85 | 60.00 | Edit | |
| 305 | Streza, Marlowe | 06/23/2012 | SERVER | 11:30 | 17:16 | 3.85 | 60.00 | Edit | Tom Culkar |
| 523 | Santiago, Vinnie | 06/23/2012 | KITCHEN | 16:58 | 23:54 | 10.00 | 0.00 | Edit | |
| 523 | Santiago, Vinnie | 06/23/2012 | KITCHEN | 16:58 | 20:54 | 10.00 | 0.00 | Edit | Brain Hamblen |
| 726 | Sestokas, Jesse | 06/23/2012 | KITCHEN | 18:12 | 2:47 | 10.00 | 0.00 | Edit | |
| 726 | Sestokas, Jesse | 06/23/2012 | KITCHEN | 18:30 | 2:47 | 10.00 | 0.00 | Edit | Tom Culkar |
| 851 | Walborn, Danny | 06/23/2012 | BUSSER | 16:35 | 2:18 | 5.00 | 35.00 | Edit | |
| 851 | Walborn, Danny | 06/23/2012 | BUSSER | 17:00 | 2:18 | 5.00 | 35.00 | Edit | Tom Culkar |
| 2007 | Baker, Colleen | 06/23/2012 | SERVER | 16:28 | 23:35 | 3.85 | 72.00 | Edit | |
| 2007 | Baker, Colleen | 06/23/2012 | SERVER | 17:00 | 23:35 | 3.85 | 72.00 | Edit | Tom Culkar |
| 2034 | Parry, Ashley | 06/23/2012 | SERVER | 10:13 | 23:07 | 3.85 | 158.33 | Edit | |
| 2034 | Parry, Ashley | 06/23/2012 | SERVER | 11:00 | 23:07 | 3.85 | 158.33 | Edit | Tom Culkar |
| 5763 | Naida, Rosalina | 06/23/2012 | HOSTES | 10:44 | 15:24 | 8.00 | 0.00 | Edit | |
| 5763 | Naida, Rosalina | 06/23/2012 | HOSTES | 11:00 | 15:24 | 8.00 | 0.00 | Edit | Tom Culkar |
| 6601 | McKain, Jodie | 06/23/2012 | KITCHEN | 16:29 | 21:48 | 8.00 | 0.00 | Edit | |
| 6601 | McKain, Jodie | 06/23/2012 | KITCHEN | 17:00 | 21:48 | 8.00 | 0.00 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/23/2012 | CARRYO | 10:32 | 15:17 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/23/2012 | CARRYO | 11:00 | 15:17 | 0.00 | 0.00 | Edit | Tom Culkar |
| 417 | Nagle, Maria | 06/24/2012 | SERVER | 15:25 | 19:55 | 3.85 | 14.81 | Edit | |
| 417 | Nagle, Maria | 06/24/2012 | SERVER | 16:00 | 19:55 | 3.85 | 14.81 | Edit | Tom Culkar |
| 523 | Santiago, Vinnie | 06/24/2012 | KITCHEN | 17:40 | 0:00 | 10.00 | 0.00 | Edit | |
| 523 | Santiago, Vinnie | 06/24/2012 | KITCHEN | 17:00 | 1:22 | 10.00 | 0.00 | Edit | Mike Hertvik |
| 2007 | Baker, Colleen | 06/24/2012 | SERVER | 17:28 | 23:14 | 3.85 | 46.02 | Edit | |
| 2007 | Baker, Colleen | 06/24/2012 | SERVER | 18:00 | 23:14 | 3.85 | 46.02 | Edit | Tom Culkar |
| 2177 | Smith, Ashly S | 06/24/2012 | BARTEN | 10:42 | 0:52 | 3.85 | 230.88 | Edit | |
| 2177 | Smith, Ashly S | 06/24/2012 | BARTEN | 11:00 | 0:52 | 3.85 | 230.88 | Edit | Tom Culkar |
| 2366 | Savel, Nichole S | 06/24/2012 | BARTEN | 10:21 | 16:56 | 3.85 | 48.50 | Edit | |
| 2366 | Savel, Nichole S | 06/24/2012 | BARTEN | 11:00 | 16:56 | 3.85 | 48.50 | Edit | Tom Culkar |
| 7861 | Mulloy, Elizabeth | 06/24/2012 | SERVER | 10:22 | 15:08 | 3.85 | 15.00 | Edit | |
| 7861 | Mulloy, Elizabeth | 06/24/2012 | SERVER | 11:00 | 15:08 | 3.85 | 15.00 | Edit | Tom Culkar |
| 9999 | OUT, CARRY | 06/24/2012 | CARRYO | 10:47 | 19:56 | 0.00 | 0.00 | Edit | |
| 9999 | OUT, CARRY | 06/24/2012 | CARRYO | 11:00 | 19:56 | 0.00 | 0.00 | Edit | Tom Culkar |
| 110 | Hamblen, Brain | 06/25/2012 | MGR | 8:49 | 5:00 | 0.00 | 0.00 | Edit | |
| 110 | Hamblen, Brain | 06/25/2012 | MGR | 8:49 | 17:00 | 0.00 | 0.00 | Edit | Tom Culkar |
| 399 | Key, Judy | 06/25/2012 | BARTEN | 11:54 | 0:00 | 3.85 | 0.00 | Edit | |
| 399 | Key, Judy | 06/25/2012 | BARTEN | 10:00 | 17:34 | 3.85 | 40.00 | Edit | Brain Hamblen |
| 411 | Estergall, Kelly E | 06/25/2012 | SERVER | 11:16 | 16:20 | 3.85 | 32.64 | Edit | |
| 411 | Estergall, Kelly E | 06/25/2012 | SERVER | 11:30 | 16:20 | 3.85 | 32.64 | Edit | Tom Culkar |