# EXHIBIT D1

Plaintiffs provide the following chart that summarizes the proper rates of overtime that should have been paid, had Defendants paid it, against the over rate paid, when Defendants chose to pay it:

| Year | Min. wage | Tip credit rate | Tip credit allowed | Min. wage O/T rate | Tip credit O/T rate | O/T rate paid (*if paid*) |
|------|-----------|-----------------|--------------------|--------------------|---------------------|---------------------------|
| 2012 | $7.70 | $3.85 | $3.85 | 7.70 * 1.5 = $11.55 | 11.55 - 3.85 = **$7.70** | (*see* **Ex. G**) $5.78 |
| 2013 | $7.85 | $3.93 | $3.92 | 7.85 * 1.5 = 11.775 (11.78) | 11.78 – 3.92 = **$7.86** | (*see* **Ex. F**) $5.90 |
| 2014 | $7.95 | $3.98 | $3.97 | 7.95 * 1.5 = 11.925 (11.93) | 11.93 – 3.97 = **$7.96** | (*see* **Ex. E**) $5.97 |

Panini's Westlake
23800 Detroit Road

Westlake, OH 44145

| | | | | Check Date: | 7/5/14 | Pay Period: | 6/16/14-6/29/14 | Check No. | 531,417 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee Id: | 0281 | Employee Name: | Rosalina M Naida | | |
| | | | | Marital Status: | Single | Nbr of Deps: Federal: | 0 State: | 0 | |
| | | | | Extra FWT: | $0.00 | Extra SWT: | $0.00 | | Version 1.06 |

| Current Check | | | | YTD: | | | Year Total |
|---|---|---|---|---|---|---|---|
| | Reg Pay | Ovt.Pay | Total | | | | |
| Hourly | $311.83 | $66.57 | $378.40 | Hourly | | | $2,238.66 |
| | | | | Hourly Rate 2 | | | $144.62 |
| **Total Gross Pay** | $311.83 | $66.57 | $378.40 | **Total Gross Pay** | | | $2,383.28 |
| Federal | | | $129.55 | Federal | | | $690.32 |
| Social Security Tax | | | $66.12 | Social Security Tax | | | $420.28 |
| Medicare Tax | | | $15.46 | Medicare Tax | | | $98.30 |
| State OH | | | $23.75 | State OH | | | $109.82 |
| Work City Tax Westlake | | | $16.00 | Work City Tax Westlake | | | $101.70 |
| **Total Taxes** | | | $250.88 | **Total Taxes** | | | $1,420.42 |
| Paper Check | | | $127.52 | Paper Check | | | $962.86 |
| **Total Net Pay** | | | $127.52 | **Total Net Pay** | | | $962.86 |
| Tips Not in Net/Gross | | | $688.13 | Tips Not in Net/Gross | | | $4,395.60 |
| **Total Tips/Fringe** | | | $688.13 | **Total Tips/Fringe** | | | $4,395.60 |

| Hours | Regular@Rate | Overtime@Rate | Total |
|---|---|---|---|
| Hourly | 78.35@$3.9800 | 11.15@$5.9700 | 89.50 |
| **Total Hours** | 78.35 | 11.15 | 89.50 |

| Regular Hours | |
|---|---|
| Hourly | 510.51 |
| Hourly Rate 2 | 36.80 |
| **Total Regular Hours** | 547.31 |

| Overtime Hours | |
|---|---|
| Hourly | 13.80 |
| **Total Overtime Hours** | 13.80 |

GEMS PAYROLL SERVICES      www.gemspayroll.com

Panini's Westlake
23800 Detroit Road

Westlake, OH 44145

| | | | |
|---|---|---|---|
| Check Date: | 8/17/13 | Pay Period: | 7/29/13-8/11/13 | Check No. | 530,383 |
| Employee Id: | 0103 | Employee Name: Maria E Nagle |
| Marital Status: | Single | Nbr of Deps: Federal: | 1 State: | 1 |
| Extra FWT: | $0.00 | Extra SWT: | $0.00 | | Version 1.06 |

| Current Check | | | | | YTD: | | Year Total |
|---|---|---|---|---|---|---|---|
| | Reg Pay | Ovt.Pay | Total | | Hourly | | $1,926.41 |
| Hourly | $314.40 | $6.61 | $321.01 | | Total Gross Pay | | $1,926.41 |
| **Total Gross Pay** | $314.40 | $6.61 | $321.01 | | Federal | | $612.05 |
| Federal | | | $127.32 | | Social Security Tax | | $439.78 |
| Social Security Tax | | | $74.27 | | Medicare Tax | | $102.86 |
| Medicare Tax | | | $17.37 | | State OH | | $140.63 |
| State OH | | | $30.17 | | Work City Tax Westlake | | $106.40 |
| Work City Tax Westlake | | | $17.97 | | **Total Taxes** | | $1,401.72 |
| **Total Taxes** | | | $267.10 | | Paper Check | | $524.69 |
| Paper Check | | | $53.91 | | **Total Net Pay** | | $524.69 |
| **Total Net Pay** | | | $53.91 | | Tips Not in Net/Gross | | $5,166.87 |
| Tips Not in Net/Gross | | | $876.82 | | **Total Tips/Fringe** | | $5,166.87 |
| **Total Tips/Fringe** | | | $876.82 | | **Regular Hours** | | |
| **Hours** | Regular@Rate | Overtime@Rate | Total | | Hourly | | 388.81 |
| Hourly | 80.00@$3.9300 | 1.12@$5.9000 | 81.12 | | **Total Regular Hours** | | 388.81 |
| **Total Hours** | 80.00 | 1.12 | 81.12 | | **Overtime Hours** | | |
| | | | | | Hourly | | 1.12 |
| | | | | | **Total Overtime Hours** | | 1.12 |

Westlake Bistro Group Inc
23800 Detroit Road

Westlake, OH 44145

| | Check Date: | 6/23/12 | Pay Period: | 6/4/12-6/17/12 | | Check No. | 24,262 |
| Employee Id: | 0103 | | Employee Name: Maria E Nagle | | | | |
| Marital Status: | Single | | Nbr of Deps: Federal: | 0 State: | 0 | | |
| Extra FWT: | $0.00 | | Extra SWT: | $0.00 | | | Version 1.06 |

| **Current Check** | | | | **YTD:** | **Year Total** |
|---|---|---|---|---|---|
| | Reg Pay | Ovt.Pay | Total | Hourly | $884.55 |
| Hourly | $292.72 | $12.60 | $305.32 | Hourly Rate 2 | $329.78 |
| Total Gross Pay | $292.72 | $12.60 | $305.32 | Total Gross Pay | $1,214.33 |
| Federal | | | $146.71 | Federal | $423.25 |
| Social Security Tax | | | $49.24 | Social Security Tax | $158.65 |
| Medicare Tax | | | $17.00 | Medicare Tax | $54.77 |
| State OH | | | $30.15 | State OH | $79.35 |
| Work City Tax Westlake | | | $17.58 | Work City Tax Westlake | $56.65 |
| Total Taxes | | | $260.68 | Total Taxes | $772.67 |
| Paper Check | | | $44.64 | Paper Check | $441.66 |
| Total Net Pay | | | $44.64 | Total Net Pay | $441.66 |
| Tips Not in Net/Gross | | | $867.00 | Tips Not in Net/Gross | $2,563.00 |
| Total Tips/Fringe | | | $867.00 | Total Tips/Fringe | $2,563.00 |

| **Hours** | Regular@Rate | Overtime@Rate | Total |
|---|---|---|---|
| Hourly | 76.03 @ $3.8500 | 2.18 @ $5.7800 | 78.21 |
| Total Hours | 76.03 | 2.18 | 78.21 |

| **Regular Hours** | |
|---|---|
| Hourly | 218.88 |
| Hourly Rate 2 | 77.28 |
| Total Regular Hours | 296.16 |

| **Overtime Hours** | |
|---|---|
| Hourly | 2.18 |
| Hourly Rate 2 | 7.56 |
| Total Overtime Hours | 9.74 |

# EXHIBIT D2

Plaintiffs provide the following chart that summarizes Defendants' overtime liability relative to the attached paycheck reports and time clock reports for work weeks during which Defendants paid no overtime premium:

| Pltf. | Workweek | Total amount paid | Total Hours Worked | Actual rate of pay | Concealed O/T hours worked | Total pay if O/T had been paid | Amount Unpaid |
|---|---|---|---|---|---|---|---|
| Leone | 6/3/13 – 6/16/13  Check Date: 6/22/13 | **$296.01** | 75.32 | $296.01/75.32 =$3.93/hr. | 3.33 | **$309.09** | **$13.08** |
| Naida | 8/12/13 – 8/25/13  Check Date: 8/31/14 | **$281.27** | 71.57 | $281.27/71.57 =$3.93/hr. | 2.72 | **$291.96** | **$10.69** |
| Parry | 7/1/13 – 7/14/13  Check Date: 7/20/13 | **$446.57** | 113.63 | $446.57/113.63 =$3.93/hr. | 33.63 | **$578.73** | **$132.16** |
| Nagle | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

220 - Panini's-Westlake
23800 Detroit Rd.
Westlake, OHio 44145

# Kermit Report
## 06/03/2013 -- 06/16/2013

P

04/01/2015 --  !

| Date | Job | Export Job Code | Time In | Time Out | UnPaid Brk Hrs | Reg. Hrs | OT Hrs | Tot Hrs | Tot Pay | Decl Tips |
|---|---|---|---|---|---|---|---|---|---|---|
| *** Emp 3415  Monica Leone   *** | | | | | | | | | | |
| 06/03/2013 | BARTEN | | 18:43 | 22:04 | 0.00 | 3.35 | 0.00 | 3.35 | 13.17 | 33.76 |
| **Total BARTENDER:** | | | | | 0.00 | 3.35 | 0.00 | 3.35 | 13.17 | 33.76 |
| 06/16/2013 | SERVER | | 10:06 | 21:57 | 0.00 | 8.52 | 3.33 | 11.85 | 58.73 | 96.30 |
| 06/15/2013 | SERVER | | 12:04 | 23:18 | 0.00 | 11.23 | 0.00 | 11.23 | 44.13 | 53.35 |
| 06/14/2013 | SERVER | | 11:56 | 22:15 | 0.00 | 10.32 | 0.00 | 10.32 | 40.56 | 67.50 |
| 06/13/2013 | SERVER | | 15:56 | 23:26 | 0.00 | 7.50 | 0.00 | 7.50 | 29.48 | 53.51 |
| 06/10/2013 | SERVER | | 15:06 | 17:32 | 0.00 | 2.43 | 0.00 | 2.43 | 9.55 | 6.79 |
| 06/09/2013 | SERVER | | 10:13 | 14:55 | 0.00 | 4.70 | 0.00 | 4.70 | 18.47 | 21.82 |
| 06/08/2013 | SERVER | | 15:56 | 23:18 | 0.00 | 7.37 | 0.00 | 7.37 | 28.96 | 59.84 |
| 06/07/2013 | SERVER | | 16:11 | 21:42 | 0.00 | 5.52 | 0.00 | 5.52 | 21.69 | 49.14 |
| 06/06/2013 | SERVER | | 16:05 | 23:41 | 0.00 | 7.60 | 0.00 | 7.60 | 29.87 | 62.03 |
| 06/03/2013 | SERVER | | 15:05 | 18:32 | 0.00 | 3.45 | 0.00 | 3.45 | 13.56 | 0.00 |
| **Total SERVER:** | | | | | 0.00 | 68.64 | 3.33 | 71.97 | 295.00 | 470.28 |
| **TTL Emp 3415:** | | | | | 0.00 | 71.99 | 3.33 | 75.32 | 308.17 | 504.04 |

| Date | Job | Export Job Code | Time In | Time Out | UnPaid Brk Hrs | Reg. Hrs | OT Hrs | Tot Hrs | Tot Pay | Decl Tips |
|---|---|---|---|---|---|---|---|---|---|---|
| *** Emp 5763   Rosalina Naida   *** | | | | | | | | | | |
| 08/25/2013 | SERVER | | 16:52 | 22:09 | 0.00 | 5.28 | 0.00 | 5.28 | 20.75 | 15.15 |
| 08/23/2013 | SERVER | | 17:12 | 0:31 | 0.00 | 7.32 | 0.00 | 7.32 | 28.77 | 87.49 |
| 08/22/2013 | SERVER | | 10:03 | 14:43 | 0.00 | 4.67 | 0.00 | 4.67 | 18.35 | 25.00 |
| 08/21/2013 | SERVER | | 10:01 | 14:01 | 0.00 | 4.00 | 0.00 | 4.00 | 15.72 | 11.00 |
| 08/20/2013 | SERVER | | 10:02 | 15:01 | 0.00 | 4.98 | 0.00 | 4.98 | 19.57 | 7.00 |
| 08/19/2013 | SERVER | | 10:00 | 12:36 | 0.00 | 2.60 | 0.00 | 2.60 | 10.22 | 0.00 |
| 08/18/2013 | SERVER | | 10:22 | 18:27 | 0.00 | 5.36 | 2.72 | 8.08 | 41.68 | 64.99 |
| 08/17/2013 | SERVER | | 10:02 | 20:42 | 0.00 | 10.67 | 0.00 | 10.67 | 41.93 | 96.00 |
| 08/16/2013 | SERVER | | 16:35 | 22:31 | 0.00 | 5.93 | 0.00 | 5.93 | 23.30 | 38.00 |
| 08/15/2013 | SERVER | | 17:00 | 23:57 | 0.00 | 6.95 | 0.00 | 6.95 | 27.31 | 64.00 |
| 08/14/2013 | SERVER | | 9:59 | 12:16 | 0.00 | 2.28 | 0.00 | 2.28 | 8.96 | 0.00 |
| 08/13/2013 | SERVER | | 10:08 | 14:28 | 0.00 | 4.33 | 0.00 | 4.33 | 17.02 | 12.61 |
| 08/12/2013 | SERVER | | 10:03 | 14:32 | 0.00 | 4.48 | 0.00 | 4.48 | 17.61 | 19.00 |
| **Total SERVER:** | | | | | 0.00 | 68.85 | 2.72 | 71.57 | 291.19 | 440.24 |

| Date | Job | Export Job Code | Time In | Time Out | UnPaid Brk Hrs | Reg. Hrs | OT Hrs | Tot Hrs | Tot Pay | Decl Tips |
|------|-----|-----------------|---------|----------|----------------|----------|--------|---------|---------|-----------|
| *** Emp 2034   Ashley Parry | | *** | | | | | | | | |
| 07/14/2013 | BARTEN | | 16:55 | 22:42 | 0.00 | 0.00 | 5.78 | 5.78 | 43.81 | 105.70 |
| 07/13/2013 | BARTEN | | 10:05 | 16:58 | 0.00 | 3.85 | 3.03 | 6.88 | 38.10 | 28.37 |
| 07/10/2013 | BARTEN | | 10:09 | 17:10 | 0.00 | 7.02 | 0.00 | 7.02 | 27.59 | 42.69 |
| 07/09/2013 | BARTEN | | 10:00 | 17:16 | 0.00 | 7.27 | 0.00 | 7.27 | 28.57 | 28.26 |
| 07/08/2013 | BARTEN | | 10:01 | 16:45 | 0.00 | 6.73 | 0.00 | 6.73 | 26.45 | 5.75 |
| 07/07/2013 | BARTEN | | 10:04 | 23:44 | 0.00 | 0.00 | 13.66 | 13.66 | 103.54 | 191.51 |
| 07/06/2013 | BARTEN | | 10:03 | 21:52 | 0.00 | 5.03 | 6.79 | 11.82 | 71.24 | 84.53 |
| 07/03/2013 | BARTEN | | 9:59 | 17:15 | 0.00 | 7.27 | 0.00 | 7.27 | 28.57 | 19.16 |
| 07/02/2013 | BARTEN | | 17:00 | 0:34 | 0.00 | 7.57 | 0.00 | 7.57 | 29.75 | 80.82 |
| 07/01/2013 | BARTEN | | 10:01 | 17:48 | 0.00 | 7.78 | 0.00 | 7.78 | 30.58 | 33.46 |
| Total BARTENDER: | | | | | 0.00 | 52.52 | 29.26 | 81.78 | 428.20 | 620.25 |
| 07/13/2013 | SERVER | | 16:58 | 21:20 | 0.00 | 0.00 | 4.37 | 4.37 | 33.12 | 102.08 |
| 07/12/2013 | SERVER | | 15:57 | 22:48 | 0.00 | 6.85 | 0.00 | 6.85 | 26.92 | 162.84 |
| 07/11/2013 | SERVER | | 16:39 | 0:56 | 0.00 | 8.28 | 0.00 | 8.28 | 32.54 | 100.66 |
| 07/05/2013 | SERVER | | 15:59 | 22:28 | 0.00 | 6.48 | 0.00 | 6.48 | 25.47 | 13.58 |
| 07/03/2013 | SERVER | | 18:44 | 0:36 | 0.00 | 5.87 | 0.00 | 5.87 | 23.07 | 66.03 |
| Total SERVER: | | | | | 0.00 | 27.48 | 4.37 | 31.85 | 141.12 | 445.19 |
| TTL Emp 2034: | | | | | 0.00 | 80.00 | 33.63 | 113.63 | 569.32 | 1,065.44 |

Run Date: 04/21/2015

**Check Listing & Total Report**

Client: 9359          Westlake Bistro Group Inc

Page 1

Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014Employee: Monica Leone F

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2013 | 161 | Monica F Leone | 0.00 | 1,465.82 | 0.00 | 0.00 | 3,570.33 | 1,465.82 | 516.34 | 5,036.15 |
| 4/13/2013 | 211 | Monica F Leone | 0.00 | 205.70 | 0.00 | 0.00 | 643.72 | 205.70 | 36.07 | 849.42 |
| 4/27/2013 | 250 | Monica F Leone | 0.00 | 208.57 | 0.00 | 0.00 | 695.97 | 208.57 | 23.52 | 904.54 |
| 5/11/2013 | 292 | Monica F Leone | 0.00 | 223.50 | 0.00 | 0.00 | 508.70 | 223.50 | 86.31 | 732.20 |
| 5/25/2013 | 530017 | Monica Leone | 62.30 | 244.84 | 0.00 | 0.00 | 546.44 | 244.84 | 91.47 | 791.28 |
| 6/08/2013 | 530077 | Monica Leone | 59.28 | 232.97 | 0.00 | 0.00 | 563.71 | 232.97 | 78.11 | 796.68 |
| 6/22/2013 | 530141 | Monica Leone | 75.32 | 296.01 | 0.00 | 0.00 | 504.04 | 296.01 | 140.21 | 800.05 |
| 7/06/2013 | 530201 | Monica Leone | 49.45 | 194.34 | 0.00 | 0.00 | 433.11 | 194.34 | 85.77 | 627.45 |
| 7/20/2013 | 530260 | Monica Leone | 52.88 | 207.82 | 0.00 | 0.00 | 531.10 | 207.82 | 68.78 | 738.92 |
| 8/03/2013 | 530319 | Monica Leone | 51.48 | 202.32 | 0.00 | 0.00 | 382.70 | 202.32 | 105.23 | 585.02 |
| 9/14/2013 | 530481 | Monica Leone | 16.65 | 65.43 | 0.00 | 0.00 | 217.89 | 65.43 | 32.75 | 283.32 |
| 9/28/2013 | 530531 | Monica Leone | 54.59 | 214.54 | 0.00 | 0.00 | 494.95 | 214.54 | 84.61 | 709.49 |
| 10/12/2013 | 530580 | Monica Leone | 54.71 | 215.01 | 0.00 | 0.00 | 486.90 | 215.01 | 87.13 | 701.91 |
| 10/26/2013 | 530627 | Monica Leone | 30.35 | 119.28 | 0.00 | 0.00 | 246.58 | 119.28 | 69.84 | 365.86 |
| 11/09/2013 | 530676 | Monica Leone | 38.50 | 151.31 | 0.00 | 0.00 | 373.27 | 151.31 | 68.29 | 524.58 |
| 11/23/2013 | 530721 | Monica Leone | 48.78 | 191.71 | 0.00 | 0.00 | 502.50 | 191.71 | 65.92 | 694.21 |
| 12/07/2013 | 530785 | Monica Leone | 53.63 | 210.77 | 0.00 | 0.00 | 488.84 | 210.77 | 83.52 | 699.61 |
| 12/21/2013 | 530809 | Monica Leone | 54.67 | 214.85 | 0.00 | 0.00 | 550.14 | 214.85 | 69.92 | 764.99 |
| 01/04/2014 | 530849 | Monica Leone | 40.04 | 157.36 | 0.00 | 0.00 | 426.86 | 157.36 | 61.93 | 584.22 |
| 01/18/2014 | 530888 | Monica Leone | 42.33 | 166.36 | 0.00 | 0.00 | 330.27 | 166.36 | 89.73 | 496.63 |
| 02/01/2014 | 530928 | Monica Leone | 53.62 | 210.73 | 0.00 | 0.00 | 488.66 | 210.73 | 84.41 | 699.39 |
| 02/15/2014 | 530965 | Monica Leone | 58.00 | 227.94 | 0.00 | 0.00 | 644.31 | 227.94 | 54.39 | 872.25 |
| 03/01/2014 | 531004 | Monica Leone | 62.56 | 248.99 | 0.00 | 0.00 | 676.63 | 248.99 | 60.71 | 925.62 |
| 03/15/2014 | 531043 | Monica Leone | 62.50 | 248.75 | 0.00 | 0.00 | 503.61 | 248.75 | 108.09 | 752.36 |
| 03/29/2014 | 531083 | Monica Leone | 63.17 | 251.42 | 0.00 | 0.00 | 517.43 | 251.42 | 106.30 | 768.85 |
| 04/12/2014 | 531126 | Monica Leone | 47.42 | 188.73 | 0.00 | 0.00 | 334.99 | 188.73 | 106.28 | 523.72 |

Run Date:  04/21/2015                    Check Listing & Total Report                                Page 2

Client: 9359          Westlake Bistro Group Inc                          Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014 Employee: Monica Leone F

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/26/2014 | 531167 | Monica Leone | 43.09 | 171.50 | 0.00 | 0.00 | 358.58 | 171.50 | 87.68 | 530.08 |
| 05/10/2014 | 531208 | Monica Leone | 54.81 | 218.14 | 0.00 | 0.00 | 400.28 | 218.14 | 113.72 | 618.42 |
| 05/24/2014 | 531252 | Monica Leone | 60.26 | 239.83 | 0.00 | 0.00 | 601.58 | 239.83 | 74.81 | 841.41 |
| 06/07/2014 | 531300 | Monica Leone | 50.68 | 201.71 | 0.00 | 0.00 | 586.54 | 201.71 | 51.35 | 788.25 |
| 06/21/2014 | 531351 | Monica Leone | 63.61 | 253.17 | 0.00 | 0.00 | 591.31 | 253.17 | 87.29 | 844.48 |
| 07/05/2014 | 531404 | Monica Leone | 41.62 | 165.65 | 0.00 | 0.00 | 428.93 | 165.65 | 67.64 | 594.58 |
| 07/19/2014 | 531460 | Monica Leone | 27.95 | 111.24 | 0.00 | 0.00 | 294.75 | 111.24 | 54.03 | 405.99 |
| 08/02/2014 | 531517 | Monica Leone | 30.93 | 123.10 | 0.00 | 0.00 | 244.74 | 123.10 | 73.63 | 367.84 |
| 08/16/2014 | 531574 | Monica Leone | 24.90 | 99.10 | 0.00 | 0.00 | 135.31 | 99.10 | 76.33 | 234.41 |
| 08/30/2014 | 531633 | Monica Leone | 15.45 | 61.49 | 0.00 | 0.00 | 101.63 | 61.49 | 45.76 | 163.12 |
| 09/13/2014 | 531686 | Monica Leone | 36.92 | 146.94 | 0.00 | 0.00 | 288.54 | 146.94 | 83.45 | 435.48 |
| 09/27/2014 | 531734 | Monica Leone | 41.19 | 163.94 | 0.00 | 0.00 | 389.00 | 163.94 | 75.22 | 552.94 |
| 10/11/2014 | 531779 | Monica Leone | 32.42 | 129.03 | 0.00 | 0.00 | 125.00 | 129.03 | 102.69 | 254.03 |
| 10/25/2014 | 531826 | Monica Leone | 53.05 | 211.14 | 0.00 | 0.00 | 449.00 | 211.14 | 95.43 | 660.14 |
| 11/08/2014 | 531871 | Monica Leone | 52.09 | 207.32 | 0.00 | 0.00 | 419.37 | 207.32 | 100.67 | 626.69 |
| 11/22/2014 | 531914 | Monica Leone | 56.09 | 223.24 | 0.00 | 0.00 | 462.68 | 223.24 | 100.55 | 685.92 |
| 12/06/2014 | 531957 | Monica Leone | 45.65 | 181.69 | 0.00 | 0.00 | 395.91 | 181.69 | 87.68 | 577.60 |
| Emp TI- 0248 |  | Monica F Leone | 2,621.18 | 12,402.53 | 0.00 | 0.00 | 28,730.80 | 12,402.53 | 5,415.48 | 41,133.33 |
| Dep Tot: | Server |  | 2,621.18 | 12,402.53 | 0.00 | 0.00 | 28,730.80 | 12,402.53 | 5,415.48 | 41,133.33 |
| Grand Total- |  |  | 2,621.18 | 12,402.53 | 0.00 | 0.00 | 28,730.80 | 12,402.53 | 5,415.48 | 41,133.33 |

Run Date:  04/21/2015        Westlake Bistro Group Inc        Check Listing & Total Report        Page 1

Client: 9359        Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014 Employee: Kelly McCall L

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2013 | 199 | Kelly L McCall | 0.00 | 4,180.00 | 0.00 | 0.00 | 0.00 | 4,180.00 | 3,670.35 | 4,180.00 |
| 04/13/2013 | 237 | Kelly L McCall | 0.00 | 1,320.00 | 0.00 | 0.00 | 0.00 | 1,320.00 | 1,065.64 | 1,320.00 |
| 04/27/2013 | 278 | Kelly L McCall | 0.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 907.20 | 1,100.00 |
| 05/11/2013 | 322 | Kelly L McCall | 0.00 | 990.00 | 0.00 | 0.00 | 0.00 | 990.00 | 827.97 | 990.00 |
| 05/25/2013 | 530021 | Kelly McCall | 8.50 | 935.00 | 0.00 | 0.00 | 0.00 | 935.00 | 788.35 | 935.00 |
| 06/08/2013 | 530083 | Kelly McCall | 7.50 | 825.00 | 0.00 | 0.00 | 0.00 | 825.00 | 706.36 | 825.00 |
| 06/22/2013 | 530146 | Kelly McCall | 9.50 | 1,045.00 | 0.00 | 0.00 | 0.00 | 1,045.00 | 867.58 | 1,045.00 |
| 07/06/2013 | 530207 | Kelly L McCall | 8.00 | 880.00 | 0.00 | 0.00 | 0.00 | 880.00 | 748.75 | 880.00 |
| 07/20/2013 | 530265 | Kelly McCall | 11.00 | 1,375.00 | 0.00 | 0.00 | 0.00 | 1,375.00 | 1,105.25 | 1,375.00 |
| 08/03/2013 | 530323 | Kelly McCall | 12.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,195.28 | 1,500.00 |
| 08/17/2013 | 530379 | Kelly McCall | 11.00 | 1,375.00 | 0.00 | 0.00 | 0.00 | 1,375.00 | 1,105.25 | 1,375.00 |
| 08/31/2013 | 530433 | Kelly McCall | 11.00 | 1,375.00 | 0.00 | 0.00 | 0.00 | 1,375.00 | 1,105.25 | 1,375.00 |
| 09/14/2013 | 530485 | Kelly McCall | 11.00 | 1,375.00 | 0.00 | 0.00 | 0.00 | 1,375.00 | 1,108.41 | 1,375.00 |
| 09/28/2013 | 530535 | Kelly McCall | 9.00 | 1,125.00 | 0.00 | 0.00 | 0.00 | 1,125.00 | 927.49 | 1,125.00 |
| 10/12/2013 | 530586 | Kelly McCall | 10.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 1,017.95 | 1,250.00 |
| 10/26/2013 | 530632 | Kelly McCall | 10.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 1,017.95 | 1,250.00 |
| 11/09/2013 | 530681 | Kelly McCall | 12.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,198.87 | 1,500.00 |
| 11/23/2013 | 530726 | Kelly McCall | 11.50 | 1,437.50 | 0.00 | 0.00 | 0.00 | 1,437.50 | 1,200.38 | 1,437.50 |
| 12/07/2013 | 530768 | Kelly McCall | 10.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 1,064.69 | 1,250.00 |
| 12/21/2013 | 530812 | Kelly McCall | 11.30 | 1,412.50 | 0.00 | 0.00 | 0.00 | 1,412.50 | 1,182.28 | 1,412.50 |
| 01/04/2014 | 530852 | Kelly McCall | 10.50 | 1,312.50 | 0.00 | 0.00 | 0.00 | 1,312.50 | 1,111.92 | 1,312.50 |
| 01/18/2014 | 530891 | Kelly McCall | 11.00 | 1,375.00 | 0.00 | 0.00 | 0.00 | 1,375.00 | 1,157.16 | 1,375.00 |
| 02/01/2014 | 530931 | Kelly McCall | 12.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,247.62 | 1,500.00 |
| 02/15/2014 | 530968 | Kelly McCall | 11.30 | 1,412.50 | 0.00 | 0.00 | 0.00 | 1,412.50 | 1,184.30 | 1,412.50 |
| 03/01/2014 | 531007 | Kelly McCall | 10.50 | 1,312.50 | 0.00 | 0.00 | 0.00 | 1,312.50 | 1,111.92 | 1,312.50 |
| 03/15/2014 | 531046 | Kelly McCall | 13.50 | 1,687.50 | 0.00 | 0.00 | 0.00 | 1,687.50 | 1,383.17 | 1,687.50 |
| 03/29/2014 | 531086 | Kelly McCall | 13.00 | 1,625.00 | 0.00 | 0.00 | 0.00 | 1,625.00 | 1,338.08 | 1,625.00 |
| 04/12/2014 | 531129 | Kelly McCall | 13.00 | 1,625.00 | 0.00 | 0.00 | 0.00 | 1,625.00 | 1,338.08 | 1,625.00 |
| 04/26/2014 | 531170 | Kelly McCall | 11.30 | 1,412.50 | 0.00 | 0.00 | 0.00 | 1,412.50 | 1,184.30 | 1,412.50 |
| 05/10/2014 | 531211 | Kelly McCall | 13.50 | 1,687.50 | 0.00 | 0.00 | 0.00 | 1,687.50 | 1,383.17 | 1,687.50 |
| 05/24/2014 | 531256 | Kelly McCall | 13.00 | 1,625.00 | 0.00 | 0.00 | 0.00 | 1,625.00 | 1,338.08 | 1,625.00 |
| 06/07/2014 | 531305 | Kelly McCall | 14.00 | 1,750.00 | 0.00 | 0.00 | 0.00 | 1,750.00 | 1,428.03 | 1,750.00 |
| 06/21/2014 | 531356 | Kelly McCall | 8.50 | 1,062.50 | 0.00 | 0.00 | 0.00 | 1,062.50 | 924.38 | 1,062.50 |
| 07/05/2014 | 531409 | Kelly McCall | 13.00 | 1,625.00 | 0.00 | 0.00 | 0.00 | 1,625.00 | 1,338.08 | 1,625.00 |
| 07/19/2014 | 531465 | Kelly McCall | 12.50 | 1,562.50 | 0.00 | 0.00 | 0.00 | 1,562.50 | 1,292.85 | 1,562.50 |
| 08/02/2014 | 531521 | Kelly McCall | 11.50 | 1,437.50 | 0.00 | 0.00 | 0.00 | 1,437.50 | 1,202.40 | 1,437.50 |
| 08/16/2014 | 531578 | Kelly McCall | 11.50 | 1,437.50 | 0.00 | 0.00 | 0.00 | 1,437.50 | 1,202.40 | 1,437.50 |
| 08/30/2014 | 531638 | Kelly McCall | 12.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,247.62 | 1,500.00 |
| 09/13/2014 | 531690 | Kelly McCall | 11.50 | 1,437.50 | 0.00 | 0.00 | 0.00 | 1,437.50 | 1,202.40 | 1,437.50 |
| 09/27/2014 | 531737 | Kelly McCall | 9.00 | 1,125.00 | 0.00 | 0.00 | 0.00 | 1,125.00 | 972.74 | 1,125.00 |
| 10/11/2014 | 531782 | Kelly McCall | 10.50 | 1,312.50 | 0.00 | 0.00 | 0.00 | 1,312.50 | 1,111.92 | 1,312.50 |
| 10/25/2014 | 531829 | Kelly McCall | 10.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 1,066.70 | 1,250.00 |
| 11/08/2014 | 531874 | Kelly McCall | 10.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 1,066.70 | 1,250.00 |
| 11/22/2014 | 531917 | Kelly McCall | 11.60 | 1,450.00 | 0.00 | 0.00 | 0.00 | 1,450.00 | 1,211.43 | 1,450.00 |
| 12/06/2014 | 531980 | Kelly McCall | 11.80 | 1,475.00 | 0.00 | 0.00 | 0.00 | 1,475.00 | 1,229.52 | 1,475.00 |
| Emp Tl: 0076 | | Kelly L McCall | 453.30 | 63,750.00 | 0.00 | 0.00 | 0.00 | 63,750.00 | 53,096.25 | 63,750.00 |

Run Date: 04/21/2015

Client: 9359          Westlake Bistro Group Inc

Check Listing & Total Report

Page 2

Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014Employee: Kelly McCall L

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|
| Dep Tot: | Manager | | 453.30 | 63,750.00 | 0.00 | 0.00 | 0.00 | 63,750.00 | 53,086.25 | 63,750.00 |

Run Date: 04/21/2015
Client: 9359

**Westlake Bistro Group Inc**

**Check Listing & Total Report**

Page 1

Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014Employee: Rosalina Naida M

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Reg Pay | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2012 | 23924 | Rosalina Naida | 4.78 | 36.81 | 0.00 | 0.00 | 0.00 | 36.81 | 36.81 | 34.50 | 36.81 |
| 04/14/2012 | 23976 | Rosalina Naida | 9.68 | 74.54 | 0.00 | 0.00 | 0.00 | 74.54 | 74.54 | 69.85 | 74.54 |
| 04/28/2012 | 24029 | Rosalina Naida | 14.05 | 108.19 | 0.00 | 0.00 | 0.00 | 108.19 | 108.19 | 98.84 | 108.19 |
| 05/12/2012 | 24082 | Rosalina Naida | 11.09 | 85.39 | 0.00 | 0.00 | 0.00 | 85.39 | 85.39 | 79.75 | 85.39 |
| 05/26/2012 | 24140 | Rosalina Naida | 21.58 | 166.17 | 0.00 | 0.00 | 0.00 | 166.17 | 166.17 | 144.88 | 166.17 |
| 06/09/2012 | 24202 | Rosalina Naida | 15.31 | 117.89 | 0.00 | 0.00 | 0.00 | 117.89 | 117.89 | 105.19 | 117.89 |
| 06/23/2012 | 24263 | Rosalina Naida | 34.74 | 267.58 | 0.00 | 0.00 | 0.00 | 267.58 | 267.58 | 227.77 | 267.58 |
| 03/31/2013 | 181 | Rosalina M Naida | 0.00 | 1,624.70 | 0.00 | 0.00 | 0.00 | 1,624.70 | 1,624.70 | 1,359.42 | 1,624.70 |
| 04/13/2013 | 225 | Rosalina M Naida | 0.00 | 282.44 | 0.00 | 0.00 | 0.00 | 282.44 | 282.44 | 234.44 | 282.44 |
| 04/27/2013 | 265 | Rosalina M Naida | 0.00 | 286.92 | 0.00 | 0.00 | 0.00 | 286.92 | 286.92 | 238.01 | 286.92 |
| 05/11/2013 | 309 | Rosalina M Naida | 0.00 | 308.04 | 0.00 | 0.00 | 53.72 | 308.04 | 308.04 | 243.83 | 361.76 |
| 05/25/2013 | 530025 | Rosalina Naida | 38.62 | 308.96 | 0.00 | 0.00 | 0.00 | 308.96 | 308.96 | 255.54 | 308.96 |
| 06/08/2013 | 530089 | Rosalina Naida | 17.43 | 139.44 | 0.00 | 0.00 | 0.00 | 139.44 | 139.44 | 120.31 | 139.44 |
| 06/22/2013 | 530151 | Rosalina Naida | 40.64 | 169.36 | 0.00 | 0.00 | 112.05 | 169.36 | 169.36 | 121.57 | 281.41 |
| 07/06/2013 | 530212 | Rosalina Naida | 38.23 | 150.24 | 0.00 | 0.00 | 150.00 | 150.24 | 150.24 | 98.62 | 300.24 |
| 07/20/2013 | 530270 | Rosalina Naida | 74.60 | 309.95 | 0.00 | 0.00 | 324.06 | 309.95 | 309.95 | 176.28 | 634.01 |
| 08/03/2013 | 530328 | Rosalina Naida | 2.90 | 11.40 | 0.00 | 0.00 | 3.82 | 11.40 | 11.40 | 9.91 | 15.22 |
| 08/17/2013 | 530385 | Rosalina Naida | 33.40 | 267.20 | 0.00 | 0.00 | 208.18 | 267.20 | 267.20 | 176.26 | 475.38 |
| 08/31/2013 | 530439 | Rosalina Naida | 71.57 | 281.27 | 0.00 | 0.00 | 440.24 | 281.27 | 281.27 | 123.69 | 721.51 |
| 09/14/2013 | 530469 | Rosalina Naida | 28.36 | 111.45 | 0.00 | 0.00 | 137.41 | 111.45 | 111.45 | 70.49 | 248.86 |
| 09/28/2013 | 530538 | Rosalina Naida | 17.80 | 69.95 | 0.00 | 0.00 | 80.81 | 69.95 | 69.95 | 48.66 | 150.76 |
| 10/12/2013 | 530588 | Rosalina Naida | 16.41 | 64.49 | 0.00 | 0.00 | 130.00 | 64.49 | 64.49 | 34.56 | 194.49 |
| 10/26/2013 | 530634 | Rosalina Naida | 40.95 | 160.93 | 0.00 | 0.00 | 285.14 | 160.93 | 160.93 | 78.28 | 446.07 |
| 11/23/2013 | 530729 | Rosalina Naida | 8.51 | 68.08 | 0.00 | 0.00 | 20.00 | 68.08 | 68.08 | 59.16 | 88.08 |
| 12/07/2013 | 530771 | Rosalina Naida | 22.16 | 95.72 | 0.00 | 0.00 | 119.00 | 95.72 | 95.72 | 61.69 | 214.72 |
| 12/21/2013 | 530813 | Rosalina Naida | 38.22 | 150.20 | 0.00 | 0.00 | 261.00 | 150.20 | 150.20 | 75.95 | 411.20 |
| 01/04/2014 | 530855 | Rosalina Naida | 36.80 | 144.62 | 0.00 | 0.00 | 278.11 | 144.62 | 144.62 | 68.08 | 422.73 |
| 01/18/2014 | 530894 | Rosalina Naida | 30.96 | 247.68 | 0.00 | 0.00 | 0.00 | 247.68 | 247.68 | 207.14 | 247.68 |
| 02/15/2014 | 530969 | Rosalina Naida | 35.70 | 140.30 | 0.00 | 0.00 | 331.79 | 140.30 | 140.30 | 51.34 | 472.09 |
| 03/01/2014 | 531026 | Rosalina Naida | -35.70 | -140.30 | 0.00 | 0.00 | -331.79 | -140.30 | -140.30 | -51.34 | -472.09 |
| 03/01/2014 | 531008 | Rosalina Naida | 45.62 | 182.36 | 0.00 | 0.00 | 370.67 | 182.36 | 182.36 | 71.97 | 553.03 |
| 03/15/2014 | 531050 | Rosalina Naida | 38.55 | 153.43 | 0.00 | 0.00 | 401.77 | 153.43 | 153.43 | 42.47 | 555.20 |
| 03/29/2014 | 531091 | Rosalina Naida | 26.39 | 105.03 | 0.00 | 0.00 | 201.77 | 105.03 | 105.03 | 52.48 | 306.80 |
| 04/12/2014 | 531134 | Rosalina Naida | 48.07 | 191.32 | 0.00 | 0.00 | 286.30 | 191.32 | 191.32 | 100.90 | 477.62 |
| 04/26/2014 | 531175 | Rosalina Naida | 30.87 | 122.86 | 0.00 | 0.00 | 142.20 | 122.86 | 122.86 | 78.80 | 265.06 |
| 05/10/2014 | 531216 | Rosalina Naida | 56.87 | 226.34 | 0.00 | 0.00 | 632.11 | 226.34 | 226.34 | 32.95 | 858.45 |
| 05/24/2014 | 531263 | Rosalina Naida | 59.30 | 236.01 | 0.00 | 0.00 | 657.89 | 236.01 | 236.01 | 32.83 | 893.90 |
| 06/07/2014 | 531312 | Rosalina Naida | 18.48 | 73.55 | 0.00 | 0.00 | 88.31 | 73.55 | 73.55 | 50.26 | 161.86 |
| 06/21/2014 | 531363 | Rosalina Naida | 76.85 | 305.86 | 2.65 | 15.82 | 648.34 | 305.86 | 321.68 | 97.46 | 970.02 |
| 07/05/2014 | 531417 | Rosalina Naida | 78.35 | 311.83 | 11.15 | 66.57 | 688.13 | 311.83 | 378.40 | 127.52 | 1,066.53 |
| 07/19/2014 | 531474 | Rosalina Naida | 68.84 | 273.98 | 0.00 | 0.00 | 539.31 | 273.98 | 273.98 | 93.08 | 813.29 |
| 08/02/2014 | 531530 | Rosalina Naida | 60.85 | 242.18 | 0.00 | 0.00 | 294.68 | 242.18 | 242.18 | 136.07 | 536.86 |
| 08/16/2014 | 531587 | Rosalina Naida | 69.37 | 276.09 | 0.00 | 0.00 | 794.51 | 276.09 | 276.09 | 24.08 | 1,070.60 |
| 08/30/2014 | 531644 | Rosalina Naida | 55.76 | 221.92 | 0.00 | 0.00 | 667.89 | 221.92 | 221.92 | 19.86 | 889.81 |
| 09/13/2014 | 531696 | Rosalina Naida | 13.95 | 55.52 | 0.00 | 0.00 | 103.43 | 55.52 | 55.52 | 32.83 | 158.95 |
| 09/27/2014 | 531743 | Rosalina Naida | 21.52 | 85.65 | 0.00 | 0.00 | 120.00 | 85.65 | 85.65 | 53.66 | 205.65 |
| 12/06/2014 | 531965 | Rosalina Naida | 45.45 | 180.89 | 0.00 | 0.00 | 191.84 | 180.89 | 180.89 | 114.96 | 372.73 |

Run Date: 04/21/2015

**Check Listing & Total Report**

Westlake Bistro Group Inc

Client: 9359

Page 2

Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014Employee: Rosalina Naida M

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp T1- 0281 | | Rosalina M Naida | 1,484.09 | 9,354.43 | 13.80 | 82.39 | 9,432.69 | 9,436.82 | 5,784.85 | 18,869.51 |
| Dep Tot: | Host | | 1,484.09 | 9,354.43 | 13.80 | 82.39 | 9,432.69 | 9,436.82 | 5,784.85 | 18,869.51 |
| Grand Total- | | | 1,484.09 | 9,354.43 | 13.80 | 82.39 | 9,432.69 | 9,436.82 | 5,784.85 | 18,869.51 |

Run Date: 04/21/2015  Westlake Bistro Group Inc  Check Listing & Total Report  Page 2

Client: 9359  Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014Employee: Maria Nagle E

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2013 | 163 | Maria E Nagle | 0.00 | 296.36 | 0.00 | 0.00 | 711.00 | 296.36 | 137.54 | 1,007.36 |
| 04/13/2013 | 212 | Maria E Nagle | 0.00 | 95.42 | 0.00 | 0.00 | 259.00 | 95.42 | 48.03 | 354.42 |
| 06/08/2013 | 530087 | Maria Nagle | 64.24 | 252.46 | 0.00 | 0.00 | 666.55 | 252.46 | 63.36 | 919.01 |
| 06/22/2013 | 530149 | Maria Nagle | 56.95 | 223.81 | 0.00 | 0.00 | 542.50 | 223.81 | 77.28 | 766.31 |
| 07/06/2013 | 530210 | Maria Nagle | 64.59 | 253.84 | 0.00 | 0.00 | 571.00 | 253.84 | 91.11 | 824.84 |
| 07/20/2013 | 530268 | Maria Nagle | 58.74 | 230.85 | 0.00 | 0.00 | 681.00 | 230.85 | 43.77 | 911.85 |
| 08/03/2013 | 530326 | Maria Nagle | 64.29 | 252.66 | 0.00 | 0.00 | 859.00 | 252.66 | 9.69 | 1,111.66 |
| 08/17/2013 | 530383 | Maria Nagle | 80.00 | 314.40 | 1.12 | 6.61 | 876.82 | 321.01 | 53.91 | 1,197.83 |
| 08/31/2013 | 530437 | Maria Nagle | 51.53 | 202.51 | 0.00 | 0.00 | 587.15 | 202.51 | 49.59 | 789.66 |
| 09/14/2013 | 530488 | Maria Nagle | 25.59 | 100.57 | 0.00 | 0.00 | 334.75 | 100.57 | 36.72 | 435.32 |
| 11/23/2013 | 530728 | Maria Nagle | 4.90 | 19.26 | 0.00 | 0.00 | 11.64 | 19.26 | 16.40 | 30.90 |
| 12/07/2013 | 530770 | Maria Nagle | 27.85 | 109.45 | 0.00 | 0.00 | 268.08 | 109.45 | 57.64 | 377.53 |
| 01/04/2014 | 530853 | Maria Nagle | 35.85 | 140.89 | 0.00 | 0.00 | 560.57 | 140.89 | 14.01 | 701.46 |
| 01/18/2014 | 530892 | Maria Nagle | 66.80 | 262.52 | 0.00 | 0.00 | 678.78 | 262.52 | 69.90 | 941.30 |
| 05/24/2014 | 531261 | Maria Nagle | 6.10 | 24.28 | 0.00 | 0.00 | 62.93 | 24.28 | 15.94 | 87.21 |
| 06/07/2014 | 531310 | Maria Nagle | 77.92 | 310.12 | 0.00 | 0.00 | 888.00 | 310.12 | 46.53 | 1,198.12 |
| 06/21/2014 | 531361 | Maria Nagle | 67.31 | 267.89 | 0.00 | 0.00 | 702.50 | 267.89 | 67.23 | 970.39 |
| 07/05/2014 | 531415 | Maria Nagle | 80.00 | 318.40 | 1.66 | 9.91 | 860.09 | 328.31 | 67.40 | 1,188.40 |
| 07/19/2014 | 531472 | Maria Nagle | 74.82 | 297.78 | 1.69 | 10.09 | 825.42 | 307.87 | 62.20 | 1,133.29 |
| 08/02/2014 | 531528 | Maria Nagle | 65.81 | 261.92 | 0.00 | 0.00 | 554.27 | 261.92 | 103.88 | 816.19 |
| 08/16/2014 | 531585 | Maria Nagle | 36.62 | 145.75 | 0.00 | 0.00 | 307.78 | 145.75 | 78.37 | 453.53 |
| Emp Ttl: 0103 | | Maria E Nagle | 2,608.08 | 16,282.59 | 14.21 | 81.17 | 14,371.83 | 16,363.76 | 11,264.16 | 30,735.59 |
| Dep Tot: | Server | | 2,608.08 | 16,282.59 | 14.21 | 81.17 | 14,371.83 | 16,363.76 | 11,264.16 | 30,735.59 |
| Grand Total: | | | 2,608.08 | 16,282.59 | 14.21 | 81.17 | 14,371.83 | 16,363.76 | 11,264.16 | 30,735.59 |

Run Date: 04/21/2015    Westlake Bistro Group Inc    Check Listing & Total Report    Page 1

Client: 9359    Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014 Employee: Ashley Parry A

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2013 | 164 | Ashley A Parry | 0.00 | 785.60 | 0.00 | 0.00 | 2,176.71 | 785.60 | 438.60 | 2,962.31 |
| 04/13/2013 | 213 | Ashley A Parry | 0.00 | 199.80 | 0.00 | 0.00 | 684.47 | 199.80 | 41.97 | 884.27 |
| 04/27/2013 | 251 | Ashley A Parry | 0.00 | 105.60 | 0.00 | 0.00 | 400.20 | 105.60 | 40.43 | 505.80 |
| 05/11/2013 | 293 | Ashley A Parry | 0.00 | 161.17 | 0.00 | 0.00 | 550.77 | 161.17 | 50.40 | 711.94 |
| 05/25/2013 | 530029 | Ashley Parry | 45.68 | 179.52 | 0.00 | 0.00 | 435.31 | 179.52 | 91.96 | 614.83 |
| 06/08/2013 | 530093 | Ashley Parry | 49.94 | 196.26 | 0.00 | 0.00 | 837.17 | 196.26 | 0.00 | 1,033.43 |
| 06/22/2013 | 530155 | Ashley Parry | 64.89 | 255.02 | 0.00 | 0.00 | 605.16 | 255.02 | 105.86 | 860.18 |
| 07/06/2013 | 530216 | Ashley Parry | 80.00 | 314.40 | 0.00 | 0.00 | 791.24 | 385.20 | 147.54 | 1,176.44 |
| 07/20/2013 | 530274 | Ashley Parry | 113.63 | 446.57 | 12.00 | 70.80 | 1,065.44 | 446.57 | 115.04 | 1,512.01 |
| 08/03/2013 | 530331 | Ashley Parry | 112.36 | 376.23 | 12.35 | 72.87 | 1,369.96 | 449.10 | 26.16 | 1,819.06 |
| 08/17/2013 | 530388 | Ashley Parry | 80.00 | 314.40 | 0.36 | 2.12 | 510.43 | 316.52 | 176.65 | 826.95 |
| 08/31/2013 | 530444 | Ashley Parry | 68.54 | 269.36 | 11.19 | 66.02 | 537.47 | 335.38 | 182.66 | 872.85 |
| 09/14/2013 | 530494 | Ashley Parry | 69.83 | 274.43 | 0.00 | 0.00 | 858.26 | 274.43 | 51.42 | 1,132.69 |
| 09/28/2013 | 530542 | Ashley Parry | 71.15 | 279.62 | 0.00 | 0.00 | 667.07 | 279.62 | 108.01 | 946.69 |
| 10/12/2013 | 530591 | Ashley Parry | 53.94 | 211.98 | 0.00 | 0.00 | 445.13 | 211.98 | 115.91 | 657.11 |
| 10/26/2013 | 530638 | Ashley Parry | 31.32 | 123.09 | 0.00 | 0.00 | 541.14 | 123.09 | 25.46 | 664.23 |
| 11/09/2013 | 530686 | Ashley Parry | 21.76 | 85.52 | 0.00 | 0.00 | 284.07 | 85.52 | 49.11 | 369.59 |
| 11/23/2013 | 530733 | Ashley Parry | 26.36 | 103.59 | 0.00 | 0.00 | 217.36 | 103.59 | 72.20 | 320.95 |
| 12/07/2013 | 530775 | Ashley Parry | 50.95 | 200.23 | 0.00 | 0.00 | 721.89 | 200.23 | 35.42 | 922.12 |
| 12/21/2013 | 530816 | Ashley Parry | 33.13 | 130.20 | 0.00 | 0.00 | 453.90 | 130.20 | 49.99 | 584.10 |
| 01/04/2014 | 530858 | Ashley Parry | 36.94 | 145.17 | 0.00 | 0.00 | 402.38 | 145.17 | 73.38 | 547.55 |
| 01/18/2014 | 530897 | Ashley Parry | 30.31 | 119.12 | 0.00 | 0.00 | 382.80 | 119.12 | 57.13 | 501.92 |
| 02/01/2014 | 530934 | Ashley Parry | 35.35 | 138.93 | 0.00 | 0.00 | 336.24 | 138.93 | 82.68 | 475.17 |
| 02/15/2014 | 530972 | Ashley Parry | 35.41 | 139.16 | 0.00 | 0.00 | 662.86 | 139.16 | 8.58 | 802.02 |
| 03/01/2014 | 531011 | Ashley Parry | 47.39 | 188.61 | 0.00 | 0.00 | 689.72 | 188.61 | 37.03 | 878.33 |
| 03/15/2014 | 531052 | Ashley Parry | 42.29 | 168.31 | 0.00 | 0.00 | 223.71 | 168.31 | 129.42 | 392.02 |
| 03/29/2014 | 531093 | Ashley Parry | 40.33 | 160.51 | 0.00 | 0.00 | 286.97 | 160.51 | 110.21 | 447.48 |
| 04/12/2014 | 531136 | Ashley Parry | 35.03 | 139.42 | 0.00 | 0.00 | 433.52 | 139.42 | 62.18 | 572.94 |
| 04/26/2014 | 531177 | Ashley Parry | 44.65 | 177.71 | 0.00 | 0.00 | 357.15 | 177.71 | 108.64 | 534.86 |
| 05/10/2014 | 531218 | Ashley Parry | 61.60 | 245.17 | 0.00 | 0.00 | 673.85 | 245.17 | 82.36 | 919.02 |
| 05/24/2014 | 531266 | Ashley Parry | 60.68 | 241.51 | 0.00 | 0.00 | 538.85 | 241.51 | 116.79 | 780.36 |
| 06/07/2014 | 531315 | Ashley Parry | 42.93 | 458.92 | 0.00 | 0.00 | 272.72 | 458.92 | 346.99 | 731.64 |
| 06/21/2014 | 531366 | Ashley Parry | 7.50 | 750.00 | 0.00 | 0.00 | 0.00 | 750.00 | 633.49 | 750.00 |
| 07/05/2014 | 531420 | Ashley Parry | 4.00 | 440.00 | 0.00 | 0.00 | 0.00 | 440.00 | 391.30 | 440.00 |
| 07/19/2014 | 531477 | Ashley Parry | 5.50 | 605.00 | 0.00 | 0.00 | 0.00 | 605.00 | 520.87 | 605.00 |
| 08/02/2014 | 531533 | Ashley Parry | 7.00 | 770.00 | 0.00 | 0.00 | 0.00 | 770.00 | 648.08 | 770.00 |
| 08/16/2014 | 531590 | Ashley Parry | 4.75 | 522.50 | 0.00 | 0.00 | 0.00 | 522.50 | 456.08 | 522.50 |
| 08/30/2014 | 531647 | Ashley Parry | 2.00 | 220.00 | 0.00 | 0.00 | 0.00 | 220.00 | 198.88 | 220.00 |
| 09/13/2014 | 531699 | Ashley Parry | 50.77 | 308.08 | 0.00 | 0.00 | 688.40 | 308.08 | 123.87 | 996.48 |
| 09/27/2014 | 531746 | Ashley Parry | 43.05 | 171.34 | 0.00 | 0.00 | 360.00 | 171.34 | 103.03 | 531.34 |
| 10/11/2014 | 531791 | Ashley Parry | 45.67 | 181.77 | 0.00 | 0.00 | 500.00 | 181.77 | 80.83 | 681.77 |
| 10/25/2014 | 531836 | Ashley Parry | 22.98 | 91.46 | 0.00 | 0.00 | 400.00 | 91.46 | 31.71 | 491.46 |
| 11/08/2014 | 531880 | Ashley Parry | 23.64 | 94.09 | 0.00 | 0.00 | 344.24 | 94.09 | 45.74 | 438.33 |
| 11/22/2014 | 531923 | Ashley Parry | 14.95 | 59.50 | 0.00 | 0.00 | 124.37 | 59.50 | 41.89 | 183.87 |
| 12/06/2014 | 531967 | Ashley Parry | 20.44 | 81.35 | 0.00 | 0.00 | 360.40 | 81.35 | 32.26 | 441.75 |
| Emp Tl- 322 | | Ashley A Parry | 1,738.64 | 11,630.22 | 35.90 | 211.81 | 22,191.33 | 11,842.03 | 6,448.21 | 34,033.36 |

Run Date: 04/21/2015

Client: 9359     Westlake Bistro Group Inc

Check Listing & Total Report

Page 2

Last Check Date: 12/06/2014

Report Options:Start Date: 01/01/2000 End Date:12/31/2014 Employee: Ashley Parry A

| Check Date | Check Nbr | Check Payee | Reg Hours | Reg Pay | Ovt Hours | Ovt Pay | Tips | Gross Pay | Net Check | Medicare Wages |
|---|---|---|---|---|---|---|---|---|---|---|
| Dep Tot: | Server | | 1,738.64 | 11,630.22 | 35.90 | 211.81 | 22,191.33 | 11,842.03 | 6,448.21 | 34,033.36 |
| Grand Total- | | | 1,738.64 | 11,630.22 | 35.90 | 211.81 | 22,191.33 | 11,842.03 | 6,448.21 | 34,033.36 |

# EXHIBIT D3

Plaintiffs provide the following chart that summarizes Defendants' overtime liability relative to the attached paycheck reports and time clock reports for work weeks during which Defendants paid an overtime premium but at an incorrect rate:

| Pltf. | Workweek | O/T hours worked | Amt. paid in O/T | O/T rate paid | Proper O/T rate | Proper O/T amount | Amount unpaid |
|---|---|---|---|---|---|---|---|
| Leone | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Naida | 6/16/14 – 6/28/14 <u>Check Date</u> 7/5/14 | 11.15 | $66.57 | $66.57/11.15= **$5.97/hr** | *See Chart in Section C "Tip Credit O/T rate"* **$7.96** | 7.96 * 11.15 = $88.75 | <u>**$22.18**</u> |
| Parry | 8/12/13 – 8/25/13 <u>Check Date</u> 8/31/13 | 11.19 | $66.02 | $66.02/11.19= **$5.90/hr** | *See Chart in Section C "Tip Credit O/T rate"* **$7.86** | 7.86 * 11.19 = $87.95 | <u>**$21.93**</u> |
| Nagle | 6/30/14 – 7/11/14 <u>Check Date</u> 7/19/14 | 1.69 | $10.09 | $10.09/1.69= **$5.97/hr** | *See Chart in Section C "Tip Credit O/T rate"* **$7.96** | 7.96 * 1.69 = $15.60 | <u>**$5.51**</u> |

| Date | Job | Export Job Code | Time In | Time Out | UnPaid Brk Hrs | Reg. Hrs | OT Hrs | Tot Hrs | Tot Pay | Decl Tips |
|------|-----|-----------------|---------|----------|----------------|----------|--------|---------|---------|-----------|
| *** Emp 5763  Rosalina Naida  *** | | | | | | | | | | |
| 06/29/2014 | SERVER | | 10:34 | 14:50 | 0.00 | 4.27 | 0.00 | 4.27 | 16.78 | 7.76 |

---

220 - Panini's-Westlake
23800 Detroit Rd.
Westlake, OHio 44145

**Kermit Report**
06/16/2014 -- 06/29/2014

Page 2
04/07/2015 --  3:05 PM
6.4.38

| Date | Job | Export Job Code | Time In | Time Out | UnPaid Brk Hrs | Reg. Hrs | OT Hrs | Tot Hrs | Tot Pay | Decl Tips |
|------|-----|-----------------|---------|----------|----------------|----------|--------|---------|---------|-----------|
| 06/28/2014 | SERVER | | 9:50 | 14:28 | 0.00 | 4.63 | 0.00 | 4.63 | 18.20 | 17.00 |
| 06/27/2014 | SERVER | | 10:01 | 1:47 | 0.00 | 15.77 | 0.00 | 15.77 | 61.98 | 102.42 |
| 06/26/2014 | SERVER | | 10:45 | 21:29 | 0.00 | 10.73 | 0.00 | 10.73 | 42.17 | 55.61 |
| 06/24/2014 | SERVER | | 15:59 | 18:56 | 0.00 | 2.95 | 0.00 | 2.95 | 11.59 | 15.52 |
| 06/22/2014 | SERVER | | 9:47 | 22:40 | 0.00 | 1.73 | 11.15 | 12.88 | 91.32 | 158.48 |
| 06/21/2014 | SERVER | | 15:00 | 18:43 | 0.00 | 3.72 | 0.00 | 3.72 | 14.62 | 0.00 |
| 06/20/2014 | SERVER | | 9:52 | 23:37 | 0.00 | 13.75 | 0.00 | 13.75 | 54.04 | 103.79 |
| 06/19/2014 | SERVER | | 16:00 | 22:32 | 0.00 | 6.53 | 0.00 | 6.53 | 25.66 | 36.47 |
| 06/18/2014 | SERVER | | 16:47 | 22:54 | 0.00 | 6.12 | 0.00 | 6.12 | 24.05 | 84.20 |
| 06/16/2014 | SERVER | | 15:55 | 0:04 | 0.00 | 8.15 | 0.00 | 8.15 | 32.03 | 106.88 |
| **Total SERVER:** | | | | | 0.00 | 78.35 | 11.15 | 89.50 | 392.44 | 688.13 |
| | | | | | | | | | | |
| **TTL Emp 5763:** | | | | | 0.00 | 78.35 | 11.15 | 89.50 | 392.44 | 688.13 |

| Date | Job | Export Job Code | Time In | Time Out | UnPaid Brk Hrs | Reg. Hrs | OT Hrs | Tot Hrs | Tot Pay | Decl Tips |
|------|-----|-----------------|---------|----------|----------------|----------|--------|---------|---------|-----------|
| *** Emp 2034  Ashley Parry | | *** | | | | | | | | |
| 08/25/2013 | BARTEN | | 10:03 | 21:14 | 0.00 | 0.00 | 11.19 | 11.19 | 84.82 | 96.56 |
| 08/24/2013 | BARTEN | | 10:11 | 15:54 | 0.00 | 5.72 | 0.00 | 5.72 | 22.48 | 4.85 |
| 08/21/2013 | BARTEN | | 9:58 | 20:31 | 0.00 | 10.55 | 0.00 | 10.55 | 41.46 | 65.96 |
| 08/13/2013 | BARTEN | | 17:07 | 23:29 | 0.00 | 6.37 | 0.00 | 6.37 | 25.03 | 71.24 |
| 08/12/2013 | BARTEN | | 10:02 | 17:07 | 0.00 | 7.08 | 0.00 | 7.08 | 27.82 | 14.50 |
| Total BARTENDER: | | | | | 0.00 | 29.72 | 11.19 | 40.91 | 201.61 | 253.11 |
| 08/25/2013 | SERVER | | 10:03 | 10:03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/24/2013 | SERVER | | 17:04 | 22:47 | 0.00 | 5.72 | 0.00 | 5.72 | 22.48 | 85.32 |
| 08/23/2013 | SERVER | | 11:59 | 19:00 | 0.00 | 7.02 | 0.00 | 7.02 | 27.59 | 50.00 |
| 08/16/2013 | SERVER | | 12:06 | 18:45 | 0.00 | 6.65 | 0.00 | 6.65 | 26.13 | 0.00 |
| 08/15/2013 | SERVER | | 12:02 | 22:35 | 0.00 | 10.55 | 0.00 | 10.55 | 41.46 | 93.41 |
| 08/14/2013 | SERVER | | 16:03 | 22:35 | 0.00 | 6.53 | 0.00 | 6.53 | 25.66 | 50.77 |
| 08/12/2013 | SERVER | | 17:11 | 19:32 | 0.00 | 2.35 | 0.00 | 2.35 | 9.24 | 4.86 |
| Total SERVER: | | | | | 0.00 | 38.82 | 0.00 | 38.82 | 152.56 | 284.36 |
| TTL Emp 2034: | | | | | 0.00 | 68.54 | 11.19 | 79.73 | 354.17 | 537.47 |

| Date | Job | Export Job Code | Time In | Time Out | UnPaid Brk Hrs | Reg. Hrs | OT Hrs | Tot Hrs | Tot Pay | Decl Tips |
|---|---|---|---|---|---|---|---|---|---|---|
| *** Emp 417   Maria Nagle   *** | | | | | | | | | | |
| 06/28/2014 | SERVER | | 11:55 | 21:40 | 0.00 | 8.36 | 1.39 | 9.75 | 43.39 | 95.86 |
| 06/27/2014 | SERVER | | 15:55 | 23:38 | 0.00 | 7.72 | 0.00 | 7.72 | 30.34 | 77.36 |
| 06/25/2014 | SERVER | | 11:01 | 21:51 | 0.00 | 10.83 | 0.00 | 10.83 | 42.56 | 121.25 |
| 06/24/2014 | SERVER | | 17:03 | 21:49 | 0.00 | 4.77 | 0.00 | 4.77 | 18.75 | 43.00 |
| 06/23/2014 | SERVER | | 15:21 | 19:00 | 0.00 | 3.65 | 0.00 | 3.65 | 14.34 | 0.00 |
| 06/23/2014 | SERVER | | 10:01 | 14:41 | 0.00 | 4.67 | 0.00 | 4.67 | 18.35 | 41.97 |
| 06/22/2014 | SERVER | | 14:33 | 22:50 | 0.00 | 8.01 | 0.27 | 8.28 | 33.53 | 140.11 |
| 06/21/2014 | SERVER | | 10:21 | 18:43 | 0.00 | 8.37 | 0.00 | 8.37 | 32.89 | 10.38 |
| 06/20/2014 | SERVER | | 15:54 | 21:39 | 0.00 | 5.75 | 0.00 | 5.75 | 22.60 | 42.16 |
| 06/18/2014 | SERVER | | 10:59 | 22:05 | 0.00 | 11.10 | 0.00 | 11.10 | 43.62 | 194.00 |
| 06/17/2014 | SERVER | | 16:47 | 23:33 | 0.00 | 6.77 | 0.00 | 6.77 | 26.61 | 94.00 |
| **Total SERVER:** | | | | | **0.00** | **80.00** | **1.66** | **81.66** | **326.98** | **860.09** |
| | | | | | | | | | | |
| **TTL Emp 417:** | | | | | **0.00** | **80.00** | **1.66** | **81.66** | **326.98** | **860.09** |