# EXHIBIT E

| Subject: | Discovery Responses |
| --- | --- |
| From: | James Simon (jameslsimonlaw@yahoo.com) |
| To: | polly@cbattlelaw.com; daniel@dansucherlaw.com; |
| Cc: | cliffordbendau@bendaulaw.com; |
| Date: | Tuesday, September 8, 2015 3:20 PM |

Gentlemen,

As discussed at the deposition of Kelly McCall last week, your responses to Plaintiffs' Requests for Production of Documents are deficient.

At this time, we are specifically requesting that you provide us with (1) all payroll documents for Kelly McCall, Ashley Parry, Monica Leone, Maria Nagle and Rosalina Naida from January 1, 2012 to present; and (2) any and all time punch reports and edited time punch reports generated through West Lake Panini's Aloha system or any other like records regarding the Plaintiffs' clock in and clock out times from January 1, 2012 to present.

Please provide the requested documents within fourteen (14) days to avoid necessitating a motion to compel. If you have any questions or need a reasonable extension, please let me know. Thank you.

**James L. Simon, Esq.**
Law Offices of Andrew J. Simon
6000 Freedom Square Drive
Freedom Square II - Suite 165
Independence, Ohio 44131
Phone: (216) 525-8890
Fax: (216) 642-5814

CONFIDENTIAL NOTICE: This email including any attachments contains confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please delete this email immediately and notify us by reply email of the error.