# EXHIBIT F

| | |
|---|---|
| **Subject:** | Delinquent Discovery |
| **From:** | James Simon (jameslsimonlaw@yahoo.com) |
| **To:** | daniel@dansucherlaw.com; polly@cbattlelaw.com; |
| **Cc:** | cliffordbendau@bendaulaw.com; |
| **Date:** | Tuesday, September 22, 2015 5:37 PM |

Gentleman,

You have been in possession of Plaintiffs' respective requests for production of documents for nearly three (3) months. On September 8, 2015, I informed you of the deficiencies in your responses and requested that you properly supplement them with the requested time punch reports and payroll records within fourteen (14) days. That time period has now passed and you have given us no indication as to when the requested documentation will be forthcoming. As your clients are comprised of the owners, board members and managers of Westlake Panini's, it is unimaginable that they are unable to obtain the requested information. We have attempted to resolve this matter as amicably as possible. Please provide the requested documentation immediately or a motion to compel and request for sanctions will be filed with the Court. Thank you.

**James L. Simon, Esq.**
Law Offices of Andrew J. Simon
6000 Freedom Square Drive
Freedom Square II - Suite 165
Independence, Ohio 44131
Phone: (216) 525-8890
Fax: (216) 642-5814

CONFIDENTIAL NOTICE: This email including any attachments contains confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please delete this email immediately and notify us by reply email of the error.