UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ashley A. Parry, Rosalina M. Naida, Monica F. Leone, and Maria E. Nagle, Individually, and on Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>Westlake Bistro Group, Inc., an Ohio Corporation, West 6th St. Partners, Inc., an Ohio Corporation, Thomas Culkar, Molly Culkar, and Joseph Hanna,<br><br>         Defendants. | No. 1:15-CV-00114-SO<br><br>THE HONORABLE SOLOMAN OLIVER, JR.<br><br>**PROPOSED ORDER GRANTING MOTION TO COMPEL DISCOVERY RESPONSE AND FOR PAYMENT OF ATTORNEY FEES** |

    This action came before the Court on the Plaintiffs' Motion to Compel Discovery Response and for Payment of Attorney Fees. Having reviewed the Motion, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Motion is GRANTED. The Defendants are must produce the requested discovery responses within ten (10) days.

    IT IS FURTHER ORDERED that the Defendants must pay Plaintiffs' reasonable attorney fees and costs incurred in resolving the discovery dispute.

    DATED this _____ Day of _____, 2015.

                                                The Honorable Solomon Oliver